

**FILED**
CO-386-online
NOV 2 1 2006 10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

EQUAL RIGHTS CENTER,                    )
                                        )
                                        )
                                        )      CASE NUMBER   1:06CV01991
                     Plaintiff          )
        vs                              )   Civil Ac JUDGE: Richard J. Leon
                                        )
POST PROPERTIES, INC., et al.,          )      DECK TYPE: TRO/Preliminary Injunction
                                        )
                                        )
                     Defendant          )      DATE STAMP: 11/21/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Equal Rights Center** certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of **Equal Rights Center** which have

any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

935742

BAR IDENTIFICATION NO.

Sheila J. Carpenter

Print Name

1025 Thos. Jefferson St. NW #400 East

Address

Washington, DC  20007-5208

City          State          Zip Code

202-965-8165

Phone Number

2