AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EQUAL RIGHTS CENTER

**SUMMONS IN A CIVIL CASE**

V.

POST PROPERTIES, INC et al.

CASE NUMBER 1:06CV01991

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/21/2006

TO: (Name and address of Defendant)

POST APARTMENT HOMES, L.P.
4401 Northside Parkway
Suite 800
Atlanta, GA 30327
Serve: Glen P. Smith, VP-Legal Affairs or
David P. Stockert, President and CEO

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. NW
Suite 400 East
Washington, DC 20007-5208

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                NOV 21 2006
CLERK                                      DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the summons and complaint/ was made by me ** | DATE<br>November 28, 2006 @ 3:30 pm |
| NAME OF SERVER<br>Donnie C. Briley | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☑ Other ( specify): Served Post Apartment Homes, L.P. by personally serving Glen Smith at his business located at 4401 Northside Parkway, Suite 800, Atlanta, GA 30327.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/06
              Date

Signature of Server

\*\* Also served: Notice of Right To Consent To Trial Before US Magistrate Judge; Initial Electronic Case Filing Order

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EQUAL RIGHTS CENTER

**SUMMONS IN A CIVIL CASE**

V.

POST PROPERTIES, INC et al.

CASE NUMBER 1:06CV01991

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/21/2006

TO: (Name and address of Defendant)

POST GP HOLDINGS, INC.
4401 Northside Parkway
Suite 800
Atlanta, GA 30327
Serve: Glen P. Smith, VP-Legal Affairs or
David P. Stockert, President and CEO

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. NW
Suite 400 East
Washington, DC 20007-5208

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         NOV 21 2006

CLERK                               DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ** Service of the summons and complaint/ was made by me | November 28, 2006 @ 3:30 pm |
| NAME OF SERVER<br>Donnie C. Briley | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☑ Other ( specify): Served Post GP Holdings, Inc. By personally serving Glen Smith at his business located at 4401 Northside Parkway, Suite 800, Atlanta, GA 30327.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/06
          Date                         Signature of Server

** Also served: Notice of Right To Consent To
Trial Before US Magistrate Judge; Initial Electronic
Case Filing Order

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EQUAL RIGHTS CENTER

**SUMMONS IN A CIVIL CASE**

V.

POST PROPERTIES, INC et al.

CASE NUMBER  1:06CV01991

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/21/2006

TO: (Name and address of Defendant)

POST PROPERTIES, INC
4401 Northside Parkway
Suite 800
Atlanta, GA  30327
Serve: Glen P. Smith, VP-Legal Affairs or
David P. Stockert, President and CEO

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. NW
Suite 400 East
Washington, DC 20007-5208

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 2 1 2006

CLERK                                          DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint/ was made by me** | DATE<br>November 28, 2006 @ 3:30 pm |
| NAME OF SERVER<br>Donnie C. Briley | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☑ Other ( specify): Served Post Properties, Inc. By personally serving Glen Smith at his business located at 4401 Northside Parkway, Suite 800, Atlanta, GA 30327.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/29/06
                  Date                                Signature of Server

** Also served: Notice of Right To Consent To Trial Before US Magistrate Judge; Initial Electronic Case Filing Order

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.