IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EQUAL RIGHTS CENTER** )
A not-for-profit corporation, )
11 Dupont Circle NW, Suite 400 )
Washington, DC 20036 )
)
        Plaintiff, )
  vs. )
)
**POST PROPERTIES, INC.** )   Case No. 1:06CV01991
A Georgia real estate investment trust )
4401 Northside Parkway, )
Suite 800 )
Atlanta, Georgia 30327 )
)
**POST GP HOLDINGS, INC.** )
A Georgia corporation )
4401 Northside Parkway )
Suite 800 )
Atlanta, Georgia 30327 )
)
and )
)
**POST APARTMENT HOMES, L.P.** )
A Georgia limited partnership )
4401 Northside Parkway, )
Suite 800 )
Atlanta, Georgia 30327 )
)
        Defendants. )
)

## STIPULATION

It is hereby stipulated and agreed between the parties in the above-captioned case that the defendants shall have until January 29, 2007 to answer or otherwise respond to the complaint filed herein.

Dated:

So ordered:

_____
Richard J. Leon
United States District Judge

Respectfully submitted,

*/s/ Alan I. Baron*
_____
Christopher B. Hanback (DC Bar #232579)
christopher.hanback@hklaw.com
Alan I. Baron (DC Bar #340273)
alan.baron@hklaw.com
Rafe Petersen (DC Bar #465542)
rafe.petersen@hklaw.com
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Tel: (202) 955-3000
Fax: (202) 955-5564

Attorneys for Defendant
Post Properties, Inc.

and

*/s/ Sheila J. Carpenter*
_____
Sheila J. Carpenter (D.C. Bar #935742)
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

and

Isabelle M. Thabault (D.C. Bar #318931)
Isabelle_Thabault@washlaw.org
Donald L. Kahl (D.C. Bar #489472)
Don_Kahl@washlaw.org
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Attorneys for Plaintiff
Equal Rights Center

# 4241154_v1