AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center

        Plaintiff(s)      )  **APPEARANCE**

vs.      )  CASE NUMBER  1:06CV01991

Post Properties, Inc., et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Rafe Petersen__ as counsel in this
                             (Attorney's Name)

case for: __Post Properties, Inc.__
           (Name of party or parties)

12/21/06
Date

*[signature]*
Signature

465542
BAR IDENTIFICATION

Rafe Petersen
Print Name

2099 Pennsylvania Ave., N.W.
Address

Washington, DC  20006
City    State    Zip Code

202-419-2481
Phone Number