AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center

        Plaintiff(s) ) **APPEARANCE**

vs. ) CASE NUMBER 1:06CV01991
Post Properties, Inc., et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Alan I. Baron  as counsel in this
                              (Attorney's Name)

case for: Post Properties, Inc.
           (Name of party or parties)

12/21/06
Date

*Alan Baron*
Signature

Alan I. Baron
Print Name

340273
BAR IDENTIFICATION

2099 Pennsylvania Ave., N.W.
Address

Washington, DC  20006
City      State      Zip Code

202-457-5915
Phone Number