AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center

   Plaintiff(s)  )
           ) **APPEARANCE**
           )
           )
   vs.      ) CASE NUMBER 1:06CV01991
Post Properties, Inc., et al. )
           )
   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Christopher B. Hanback  as counsel in this
             (Attorney's Name)

case for: Post Properties, Inc.
     (Name of party or parties)

12/21/06
Date

*[Signature]*
Signature

232579
BAR IDENTIFICATION

Christopher B. Hanback
Print Name

2099 Pennsylvania Ave., N.W.
Address

Washington, DC  20006
City  State  Zip Code

202-457-7157
Phone Number