AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center

       Plaintiff(s)      )

)

vs.     )
Post Properties, Inc. et al  )

)

       Defendant(s)   )

**APPEARANCE**

CASE NUMBER   1:06cv 01991-RJL

To the Clerk of this court and all parties of record:

Please enter the appearance of  Donald L. Kahl  as counsel in this
                              (Attorney's Name)

case for:  Equal Rights Center
              (Name of party or parties)

1/22/07
Date

*(signature)*
Signature

489472
BAR IDENTIFICATION

Donald L. Kahl
Print Name

11 Dupont Cirlce, NW
Address

Washington, D.C.    20036
City   State   Zip Code

202.319.1000 ext. 145
Phone Number