UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EQUAL RIGHTS CENTER**, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **POST PROPERTIES, INC.** *et al.* ) | Case No. 1:06CV01991 |
| ) | Judge Richard Leon |
| Defendants. ) | |

**STIPULATION RE EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

It is hereby stipulated and agreed among the parties hereto, by their counsel, that the time for Plaintiff Equal Rights Center to respond to Defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment is extended to and including March 2, 2007.

Dated: February 1, 2007                             Respectfully Submitted,

                                                                  *Sheila J. Carpenter*
So ordered:                                                Sheila J. Carpenter
                                                                  DC Bar #935742
                                                                  sjc@jordenusa.com
_____                       Jorden Burt LLP
Richard J. Leon                                        1025 Thomas Jefferson St. N.W.
United States District Judge                   Suite 400 East
                                                                  Washington, D.C. 20007
                                                                  Tel: (202) 965-8165
                                                                  Fax: (202) 965-8104

                                                                  Attorney for Plaintiff
                                                                  Equal Rights Center

*Christopher B .Hanback (sjc)*
Christopher B. Hanback
D. C. Bar #232579
christopher.hanback@hklaw.com
Holland & Knight, LLP
2099 Pennsylvania Ave. NW
Suite 100
Washington, DC 20006
202-955-3000
202-955-5564 (fax)