UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> POST PROPERTIES, INC. *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06CV01991 <br> Judge Richard Leon |

MOTION OF PLAINTIFF EQUAL RIGHTS CENTER
FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS

Plaintiff Equal Rights Center, by its attorneys, moves this Court for an extension of time to and including March 2, 2007 to respond to Defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment and in support thereof states:

1. Defendants' Motion was served late in the day on Monday, January 29, 2007.

2. The undersigned's mother died that same evening, adding substantial additional family responsibilities to the undersigned's schedule for the next few weeks.

3. Defendants took over two months to file their Motion after service of the Complaint. The Motion raises several different issues, each of which needs to be researched and briefed. Once a draft of the brief is prepared, co-counsel, who have substantial expertise in the areas being briefed, need to have the opportunity to review and provide feedback on the draft before it is finalized.

4. At least one affidavit will be required to oppose the Motion, necessitating conferences with the affiant(s) to outline and finalized the affidavit(s).

5. Per the Local Rules, the response to the Motion is due Friday, February 9, 2007.

- 2 -

6. The undersigned has discussed the project with her internal team and co-counsel and believes three additional weeks will be sufficient to provide the Court with a high quality response to the Motion.

7. Counsel for Defendants has consented to the extension requested.

A proposed Order is attached hereto.

Dated: February 1, 2007                    Respectfully Submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

Attorney for Plaintiff
Equal Rights Center

**Points and Authorities**

Fed. R. Civ. P. 6(b)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER**<br><br>              Plaintiff,<br>vs.<br><br>**POST PROPERTIES, INC.** *et al.*<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01991<br>) Judge Richard Leon<br>)<br>) |

### ORDER FOR EXTENSION OF TIME
### TO RESPOND TO MOTION TO DISMISS

The Court has considered the Motion of Plaintiff Equal Rights Center for an Extension of Time to Respond to Defendants' Motion to Dismiss or in the Alternative for Partial Summary Judgment, the lack of opposition thereto and the entire record herein. It is this ___ day of February, 2007

**ORDERED** that Plaintiff shall have to and including March 2, 2007 to respond to Defendants' Motion.

_____
Richard J. Leon
United States District Judge

Copies to:

Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007

- 2 -

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Peterson, Esquire
Holland & Knight, LLP
2099 Pennsylvania Ave. NW
Suite 100
Washington, DC 20006

Donald L. Kahl, Esquire
Washington Lawyers' Committee
  for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036