IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> POST PROPERTIES, INC. ) <br> POST GP HOLDINGS, INC. ) <br> POST APARTMENT HOMES, L.P. ) <br> ) <br> Defendants. ) <br> ) | Case. No. 1:06CV01991 <br> Judge Richard J. Leon |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to LCvR 7(h), Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post") submit this Statement of Material Facts to Which There is No Genuine Dispute in Support of Defendants' Motion to Dismiss or in the Alternative Motion for Partial Summary Judgment.

1. The following Subject Properties named in the Complaint were designed and constructed for first occupancy prior to March 13, 1991: The Vinings (Phase I); Brookhaven (Phase I, Phase II Leasing Office and Building 1); Dunwoody (Phase I); Forest; Tyson's Corner;; Rice Lofts; Wilson Building; Uptown Square (Building C Lofts); and Parkside (FL) (Tower). (Aff. Dayna Boone ¶ 3, attached as Ex. 1 to Post's Motion to Dismiss.)

2. Construction has not yet been completed at the following Subject Properties named in the Complaint: Mercer Square Condos and Carlyle (condominium building). (Aff. Dayna Boone ¶ 4.)

3. The following Subject Properties named in the Complaint were designed and constructed prior to November 21, 2004:

> Harbour Place; Harbour Place City Homes; Hyde Park; Parkside (FL) (excluding Tower); Rocky Point; Biltmore; Briarcliff; Brookhaven (Phase III, Phase II excluding the Leasing Office and Building 1 which were completed prior to March 13,1991); Collier Hills; Crest; Crossing; Dunwoody (Phase II); Gardens; Glen; Lenox Park; Lindbergh; Oak; Oglethorpe; Parkside (GA); Peachtree; Renaissance; Ridge; Riverside; Spring; Stratford; Vinings (Phase II); Luminaria; Toscana; Ballantyne (with the exception of Pool Cabana and Manor Building); Gateway Place; Park at Phillips Place; Uptown Place; Abbey; Addison Circle; Cole's Corner; Gallery; Heights; Legacy; Midtown Square; Square; Uptown Village; Vineyard; Vintage; Worthington; Corners; Pentagon Row; Massachusetts Avenue; Roosevelt Square; Uptown Square (excluding Building C Lofts); Hyde Park Walk; West Avenue Lofts; River (n/k/a River West Condominiums).

(Aff. Dayna Boone ¶ 5.)

Respectfully submitted,

HOLLAND & KNIGHT, LLP

  /s/ Christopher B. Hanback
Christopher B. Hanback (Bar # 232579)
Alan I. Baron (Bar. # 340273)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: alan.baron@hklaw.com
E-mail: rafe.petersen.com
*Counsel for Post Properties, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Statement of Material Facts to Which There is No Genuine Dispute was served by electronic filing this 9th day of March, 2007, on the following:

>Sheila Jane Carpenter, Esq.
>Jorden Burt LLP
>1025 Thomas Jefferson Street, NW
>Suite 400 East
>Washington, DC 20007
>
>Donald Lee Kahl, Esq.
>Washington Lawyers' Committee for Civil Rights & Urban Affairs
>11 Dupont Circle, NW
>Suite 400
>Washington, DC 20036

>/s/ Christopher B. Hanback
>Christopher B. Hanback