IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**NOTICE OF DEFENDANTS' FILING OF**
**PROPOSED SCHEDULING ORDER**

Per the parties' Meet and Confer Statement filed on March 13, 2007, Defendants' Post Properties, Inc. *et al.* hereby file, by undersigned counsel, Defendants' Proposed Scheduling Order, which differs from Plaintiff's proposed order with respect to the limits on depositions and interrogatories.

               Respectfully submitted,

               HOLLAND & KNIGHT, LLP
               /s/ Christopher B. Hanback
               Christopher B. Hanback (Bar # 232579)
               Alan I. Baron (Bar. # 340273)
               Rafe Petersen (Bar # 465542)
               2099 Pennsylvania Avenue, N.W.
               Suite 100
               Washington, D.C. 20006
               (202) 955 3000 Phone
               (202) 955 5564 Fax
               E-mail: christopher.hanback@hklaw.com
               E-mail: alan.baron@hklaw.com
               E-mail: rafe.petersen.com
               *Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Filing was served by electronic filing this 13th day of March, 2007, on the following:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback

# 4418694_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**EQUAL RIGHTS CENTER,**   *

   Plaintiff,   *

  vs.   * **Civil Action No. 06-1991 (RJL)**

   *

**POST PROPERTIES, INC.,** *et al.*,   *

   Defendants.   *

---

### SCHEDULING ORDER

It is this ___ day of _____, 2007 **ORDERED** that the following schedule shall apply to this case:

1. Plaintiff shall have until 120 days after discovery commences to amend its Complaint. Any other parties shall also be joined by that date.

2. Rule 26(a)(1) disclosures are waived.

3. The cutoff for fact discovery is October 31, 2007.

4. Expert reports are due November 16, 2007, with rebuttal reports due December 14, 2007.

5. Expert depositions may be taken and the expert discovery cutoff is January 31, 2008.

6. The parties will conduct no more than 10 depositions in accordance with Fed. R. Civ. P. 30(a)(2)(A). The depositions of the parties may last no more than one day of seven (7) hours as provided in LCvR 26.2(c) and Fed. R. Civ. P. 30(d)(2). The parties

- 2 -

are limited to 25 interrogatories including all discrete subparts in accordance with Fed. R. Civ. P 33(a).

      7.      Dispositive motions shall be due February 29, 2008, the oppositions due March 28, 2008, and the replies due April 11, 2008. The Court will endeavor to rule on the motions by June 30, 2008.

      8.      Date for the pretrial conference: September __, 2008 at __ .m.

      9.      Pretrial statements shall be filed and served no later than _____, 2008.

                                                    Richard J. Leon
                                                    United States District Judge

Copies to:

Sheila J. Carpenter, Esquire
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007

Donald L. Kahl, Esquire
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Petersen, Esquire
Holland & Knight
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington DC 20006