UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| **POST PROPERTIES, INC.** et al., | ) | Case No. 1:06CV01991 |
| | ) | Judge Richard Leon |
| Defendants. | ) | |
| | ) | |

## MOTION OF PLAINTIFF THE EQUAL RIGHTS CENTER
## TO STRIKE AFFIDAVIT OF DAYNA BOONE

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, respectfully submits this Motion to Strike the Affidavit of Dayna Boone as follows:

1. With their Motion to Dismiss, Defendants submitted the Affidavit of Dayna Boone, an affidavit which in no way complies with Fed. R. Civ. P. 56(e).

2. Fed. R. Civ. P. 56(e) reads in relevant part:

Supporting and opposing affidavits shall be made on
[1] personal knowledge,
[2] shall set forth such facts as would be admissible in evidence, and
[3] shall show affirmatively that the affiant is competent to testify to the matters stated therein [and]
[4] [s]worn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith.

3. The Boone Affidavit complies with **none** of these requirements.

4. The Affidavit on its face is not made on personal knowledge but rather from a purported review of "certificates of occupancy" and other unspecified "business records." There is no showing that the affiant has any personal knowledge of the facts surrounding when Defendants' properties were actually designed and constructed. Indeed, it is apparent from comparing her Affidavit with the information Defendants

supplied to the Securities and Exchange Commission (*see* ERC's Statement of Material Facts filed herewith at ¶1-3) that she does not.

      5. The information in the Affidavit is not admissible in evidence in that her recitation of the content of any document that Ms. Boone did actually review constitutes hearsay, and there is no suggestion, much less proof, that any recognized exception to the hearsay rule would be applicable.

      6. The affidavit does not attach the documents referred to in violation of Fed. R. Civ. P. 56(e).

      7. Since the Affidavit does not comply with the requirements of Fed. R. Civ. P. 56(e), it should not be considered by the Court and should be stricken.

      A proposed order is attached hereto.

## POINTS AND AUTHORITIES

Fed. R. Civ. P. 56(e)

Dated: March 16, 2007

Respectfully Submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C.  20007
Tel:  (202) 965-8165
Fax: (202) 965-8104

*Donald L. Kahl*
Donald L. Kahl
DC Bar # 489472
Don_Kahl@washlaw.org

>Washington Lawyers' Committee for
> Civil Rights and Urban Affairs
>11 Dupont Circle, NW
>Suite 400
>Washington, D.C. 20036
>Tel: (202) 319-1000
>Fax: (202) 319-1010
>
>Attorneys for Plaintiff
>Equal Rights Center

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2007, a copy of the foregoing **Motion to Strike the Affidavit of Dayna Boone** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Christopher Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com, and Rafe Petersen at rafe.petersen@hklaw.com, counsel for defendants.

>*Sheila J. Carpenter*
>Sheila J. Carpenter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**POST PROPERTIES, INC.** *et al.,* )<br>)<br>Defendants. )<br>) | **Case No. 1:06CV01991**<br>**Judge Richard Leon** |

### ORDER

The Court has considered the Motion of Plaintiff the Equal Rights Center to Strike the Affidavit of Dayna Boone and the [lack of] opposition thereto. The Court finds that the Affidavit of Dayna Boone does not comply with the requirements of Fed. R. Civ. P. 56(e), and therefore it should not be considered by the Court. It is this ___ day of _____, 2007,

**ORDERED** that Plaintiff's Motion to Strike is granted and the Clerk is directed to strike the Affidavit of Dayna Boone from the docket.

                   _____
                   RICHARD J. LEON
                   United States District Court Judge

Copies to:
Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C.  20007

Donald L. Kahl, Esquire
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036

- 2 -

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Peterson, Esquire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006