**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EQUAL RIGHTS CENTER,**

Plaintiff,

vs.

**POST PROPERTIES, INC.** *et al.*,

Defendants.

**Case No. 1:06CV01991**
**Judge Richard Leon**

**STATEMENT OF MATERIAL FACTS AS TO WHICH**
**THERE IS A GENUINE ISSUE NECESSARY TO BE LITIGATED**

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, respectfully submits this Statement of Material Facts as to Which There is a Genuine Issue Necessary to be Litigated:

1. Design and most of the construction of Mercer Square Condos and the Carlyle condominium building have been completed and the condominiums are being sold to the public. (Carpenter Aff. ¶ 4; Ex. A). Many of these condominiums have already been sold. *See* excerpt from Post Properties, Inc.'s 2005 10-K attached hereto (full text available at www.sec.gov); links available through www.postproperties.com indicate that apartments at Carlyle will be available Spring 2007 and at Mercer Summer 2007.

2. In Post Properties, Inc.'s 2005 10-K, it represented to the Securities and Exchange Commission and to the investing public that the "average age of [Post's] communities is approximately nine years." *See* excerpt from Post Properties, Inc.'s 2005 10-K attached hereto.

3. In Post Properties, Inc.'s 2005 10-K, it represented to the Securities and Exchange Commission and to the investing public that it owned 57 communities, only five of which were completed before 1991. *See* excerpt from Post Properties, Inc.'s 2005 10-K

attached hereto. None of these five properties is included in the lawsuit. *See* Ex. A to the Complaint. Post Properties, Inc.'s 2005 10-K specifically refutes Ms. Boone's Affidavit by identifying many of the Subject Properties identified in that Affidavit as having completion dates in or after 1991. *Id.*

4. By Defendants' own admission, the design and construction of The Vinings, Brookhaven, Dunwoody, Uptown Square and Parkside were not completed prior to March 13, 1991 (Def. Statement of Material Facts ("SMF") ¶ 1; Aff. Dayne Boone ¶ 3). Defendants artificially split these projects into "phases" in an effort to exclude as many buildings as possible from the reach of the Fair Housing Act. The FHA contains no reference to "phases" of design and construction.

5. Defendants admit that they have designed and constructed apartments within the statute of limitations. (Def. Opening Mem. at 28).

6. As to exactly when the design and construction process was completed for each of the Subject Properties, ERC will need discovery to determine that. (Carpenter Aff. ¶ ¶ 7-8). The Boone Affidavit contained no means by which the ERC could verify her statements and they in many respects contradict Post's SEC filings. Her affidavit was not made on personal knowledge but rather through a purported review of copies of occupancy certificates and other [unspecified] business records in the possession of Defendants. In her affidavit, Ms. Boone has divided projects into "phases" by an undisclosed methodology to try to exclude portions of projects from the retrofitting likely to be required at the conclusion of this lawsuit. *See* Boone Affidavit ¶¶ 3, 5.

Dated: March 16, 2007

Respectfully submitted,
*Sheila J. Carpenter*

Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

*Donald L. Kahl*
Donald L. Kahl
DC Bar # 489472
Don_Kahl@washlaw.org
Washington Lawyers'
Committee for Civil Rights
and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Tel: (202) 319-1000
Fax: (202) 319-1010

Attorneys for Plaintiff
Equal Rights Center

**ITEM 2. PROPERTIES**

At December 31, 2005, the Company owned 57 Post® multifamily apartment communities, including two communities held in unconsolidated entities that were operating during all of 2005. These communities are summarized below by metropolitan area.

| Metropolitan Area | Communities | # of Units | % of Total |
|---|---|---|---|
| ‹tlanta, GA | 26 | 9,944 | 46.8% |
| )allas, TX | 13 | 3,939 | 18.5% |
| ;reater Washington, D.C. | 5 | 1,972 | 9.3% |
| 'ampa, FL | 3 | 1,883 | 8.9% |
| :harlotte, NC | 4 | 1,384 | 6.5% |
| Iouston, TX | 2 | 837 | 3.9% |
| )enver, CO | 1 | 696 | 3.3% |
| Iew York, NY | 2 | 337 | 1.6% |
| )rlando, FL | 1 | 245 | 1.2% |
| | 57 | 21,237 | 100.0% |

Thirty-five of the communities have in excess of 300 apartment units, with the largest community having a total of 1,334 apartment units. The average age of the communities is approximately nine years. The average economic occupancy rate was 94.5% and 93.6%, respectively, and the average monthly rental rate per apartment unit was $1,048 and $1,029, respectively, for the 52 communities stabilized for each of the years ended December 31, 2005 and 2004. See "Selected Financial Information."

Post Properties, Inc.

15

Post Apartment Homes, L.P.

## a. Table of Contents

At December 31, 2005, the Company also had one community, containing 205 apartment units and 145 for-sale condominium units, located in the Washington D.C. metropolitan area under development. At December 31, 2005, the Company is also converting 597 apartment units in four communities (including 121 units in one community held in an unconsolidated entity) into for-sale condominiums through a taxable REIT subsidiary. Subsequent to December 31, 2005, the Company acquired two apartment communities, containing 308 units, in Austin, Texas.

**COMMUNITY INFORMATION**

| Communities | Location(1) | Year Completed | No. of Units | December 2005 Average Rental Rates Per Unit | 2005 Average Economic Occupancy(2) |
|---|---|---|---|---|---|
| **Georgia** | | | | | |
| Post Ashford® | Atlanta | 1987 | 222 | $ 778 | 94.2% |
| Post Biltmore™(3) | Atlanta | 2001 | 276 | 1,066 | 95.5% |
| Post Briarcliff™ | Atlanta | 1999 | 688 | 1,020 | 92.4% |
| Post Brookhaven® | Atlanta | 1990-1992(4) | 735 | 912 | 91.6% |
| Post Chastain® | Atlanta | 1990 | 558 | 909 | 92.9% |
| Post Collier Hills® | Atlanta | 1997 | 396 | 937 | 91.8% |
| Post Crest® | Atlanta | 1996 | 410 | 980 | 93.4% |
| Post Crossing® | Atlanta | 1995 | 354 | 1,026 | 94.3% |
| Post Dunwoody® | Atlanta | 1989-1996(4) | 530 | 934 | 95.8% |
| Post Gardens® | Atlanta | 1998 | 397 | 1,068 | 89.8% |
| Post Glen® | Atlanta | 1997 | 314 | 1,124 | 94.3% |
| Post Lenox Park® | Atlanta | 1995 | 206 | 1,007 | 94.2% |
| Post Lindbergh® | Atlanta | 1998 | 396 | 985 | 94.0% |
| Post Oak™ | Atlanta | 1993 | 182 | 959 | 91.9% |
| Post Oglethorpe® | Atlanta | 1994 | 250 | 1,228 | 93.8% |
| Post Parkside™ | Atlanta | 2000 | 188 | 1,225 | 95.4% |
| Post Peachtree Hills® | Atlanta | 1992-1994(4) | 300 | 982 | 93.4% |
| Post Renaissance®(5) | Atlanta | 1992-1994(4) | 342 | 972 | 95.3% |
| Post Ridge® | Atlanta | 1998 | 434 | 991 | 95.5% |
| Post Riverside® | Atlanta | 1998 | 523 | 1,368 | 93.9% |
| Post Spring™ | Atlanta | 2000 | 452 | 944 | 94.6% |
| Post Stratford™(5) | Atlanta | 2000 | 250 | 1,136 | 93.9% |
| Post Summit® | Atlanta | 1990 | 148 | 860 | 93.0% |
| Post Valley® | Atlanta | 1988 | 496 | 658 | 93.2% |
| Post Vinings® | Atlanta | 1989-1991(4) | 403 | 786 | 95.0% |
| Post Woods® | Atlanta | 1977-1983(4) | 494 | 851 | 93.9% |
| **Subtotal/ Average — Georgia** | | | 9,944 | 979 | 93.6% |

 **b. Table of Contents**

| Communities | Location(1) | Year Completed | No. of Units | December 2005 Average Rental Rates Per Unit | 2005 Average Economic Occupancy(2) |
|---|---|---|---|---|---|
| **'exas** | | | | | |
| 'ost Abbey™ | Dallas | 1996 | 34 | 1,718 | 97.7% |
| 'ost Addison Circle™ | Dallas | 1998-2000(4) | 1,334 | 940 | 92.5% |
| 'ost Cole's Corner™ | Dallas | 1998 | 186 | 988 | 94.7% |
| 'ost Square™ | Dallas | 1996 | 218 | 1,102 | 94.9% |
| 'ost Gallery™ | Dallas | 1999 | 34 | 2,894 | 93.3% |
| 'ost Heights™ | Dallas | 1998-1999(4) | 368 | 1,023 | 95.9% |
| 'ost Legacy | Dallas | 2000 | 384 | 888 | 95.2% |
| 'ost Meridian™ | Dallas | 1991 | 133 | 1,066 | 94.0% |
| 'ost Midtown Square® | Houston | 1999-2000(4) | 529 | 912 | 92.9% |
| 'ost Rice Lofts™(5) | Houston | 1998 | 308 | 1,218 | 89.4% |
| 'ost Uptown Village™ | Dallas | 1995-2000(4) | 496 | 869 | 93.9% |
| 'ost Vineyard™ | Dallas | 1996 | 116 | 955 | 94.6% |
| 'ost Vintage™ | Dallas | 1993 | 161 | 919 | 93.0% |
| 'ost Wilson Building™(5) | Dallas | 1999 | 143 | 1,140 | 89.6% |
| 'ost Worthington™ | Dallas | 1993 | 332 | 1,104 | 94.5% |
| **ubtotal/ Average — Texas** | | | 4,776 | 999 | 93.3% |
| **'lorida** | | | | | |
| 'ost Harbour Place™ | Tampa | 1999-2002(4) | 578 | 1,223 | 96.6% |
| 'ost Hyde Park® | Tampa | 1996 | 389 | 1,170 | 98.2% |
| 'ost Parkside™ | Orlando | 1999 | 245 | 1,247 | 98.1% |
| 'ost Rocky Point® | Tampa | 1996-1998(4) | 916 | 1,058 | 97.8% |
| **ubtotal/ Average — Florida** | | | 2,128 | 1,145 | 98.1% |
| **'orth Carolina** | | | | | |
| 'ost Ballantyne | Charlotte | 2004 | 319 | 1,056 | 90.1% |
| 'ost Gateway Place™ | Charlotte | 2000 | 436 | 982 | 96.1% |
| 'ost Park at Phillips Place® | Charlotte | 1998 | 402 | 1,180 | 94.8% |
| 'ost Uptown Place™ | Charlotte | 2000 | 227 | 1,023 | 97.4% |
| **ubtotal/ Average — North Carolina** | | | 1,384 | 1,064 | 94.9% |
| **'olorado** | | | | | |
| 'ost Uptown Square™ | Denver | 1999-2001(4) | 696 | 922 | 92.0% |

Post Properties, Inc.

17

Post Apartment Homes, L.P.

c. **Table of Contents**

| Communities | Location(1) | Year Completed | No. of Units | December 2005 Average Rental Rates Per Unit | 2005 Average Economic Occupancy(2) |
|---|---|---|---|---|---|
| **reater Washington, D.C.** | | | | | |
| ost Corners at Trinity Centre | Fairfax Co., VA | 1996 | 336 | 1,327 | 97.0% |
| ost Forest® | Fairfax Co., VA | 1990 | 364 | 1,240 | 98.7% |
| ost Tysons Corner™ | Fairfax Co., VA | 1990 | 499 | 1,466 | 95.7% |
| ost Pentagon Row™(5) | Arlington Co., VA | 2001 | 504 | 1,988 | 97.9% |
| ost Massachusetts Avenue™(3) | D.C. | 2002 | 269 | 2,387 | 93.3% |
| **ubtotal/ Average — Washington, D.C.** | | | 1,972 | 1,660 | 97.9% |
| **ew York** | | | | | |
| ost Luminaria™ | New York | 2002 | 138 | 3,356 | 96.7% |
| ost Toscana™ | New York | 2003 | 199 | 3,451 | 95.4% |
| **ubtotal/ Average — New York** | | | 337 | 3,412 | 96.0% |
| **Total** | | | 21,237 | $ 1,106 | 94.4% |

(1) Refers to greater metropolitan areas of cities indicated.

(2) Average economic occupancy is defined as gross potential rent less vacancy losses, model expenses and bad debt divided by gross potential rent for the period, expressed as a percentage.

(3) These communities are owned in unconsolidated entities (Company equity ownership is 35%).

(4) These dates represent the respective completion dates for multiple phases of a community.

(5) The Company has a leasehold interest in the land underlying these communities.

Post Properties, Inc.

18

Post Apartment Homes, L.P.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2007, a copy of the foregoing **Statement of Material Facts as to Which There is a Genuine Issue Necessary to be Litigated** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Christopher Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com, and Rafe Petersen at rafe.petersen@hklaw.com, counsel for defendants.

*Sheila J. Carpenter*
Sheila J. Carpenter