IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> POST PROPERTIES, INC. ) <br> POST GP HOLDINGS, INC. ) <br> POST APARTMENT HOMES, L.P. ) <br> ) <br> Defendants. ) <br> ) | Case. No. 1:06CV01991 <br> Judge Richard J. Leon |

**DEFENDANTS' MOTION TO CONTINUE HEARING
SCHEDULED MAY 8, 2007 ON
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post"), by undersigned counsel, hereby file this Motion to Continue Hearing Scheduled May 8, 2007. In support of the Motion, Post states:

1. On April 18, 2007, Plaintiff the Equal Rights Center filed a Motion for Preliminary Injunction. Post filed its Opposition to the Motion for Preliminary Injunction on April 25, 2007.

2. On April 20, 2007, the Court, *sua sponte*, scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for May 8, 2007, at 10:45 A.M.

3. Due to a scheduling conflict, Counsel for Post is unable to attend the hearing scheduled on May 8, 2007. Accordingly, Post respectfully requests that the Court continue the hearing to a later date.

4. Post has conferred with Counsel for Plaintiff, who will not consent to this Motion unless Post agrees to the terms of the Preliminary Injunction (i.e., agrees not to sell any

properties or make any special effort to sell any properties) pending the new hearing date. Post will not agree to Plaintiff's condition.

5. Post has conferred with Plaintiff's Counsel and both parties are available on the following dates for rescheduling the hearing: the 22nd, 25th, 29th, or 30th of May, 2007.

WHEREFORE, Post respectfully requests that the Court enter an order continuing the hearing scheduled on May 8, 2007, to one of the abovementioned dates.

Respectfully submitted,

HOLLAND & KNIGHT, LLP

/s/ Christopher B. Hanback
Christopher B. Hanback (Bar # 232579)
Alan I. Baron (Bar. # 340273)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: alan.baron@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Post Properties, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion to Continue Hearing was served by electronic filing this 27th day of April, 2007, on the following:

> Sheila Jane Carpenter, Esq.
> Jorden Burt LLP
> 1025 Thomas Jefferson Street, NW
> Suite 400 East
> Washington, DC 20007
>
> Donald Lee Kahl, Esq.
> Washington Lawyers' Committee for Civil Rights & Urban Affairs
> 11 Dupont Circle, NW
> Suite 400
> Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**ORDER**

UPON CONSIDERATION OF the Defendants' Motion to Continue Hearing Scheduled May 8, 2007 on Plaintiff's Motion for Preliminary Injunction, it is by the United States District Court for the District of Columbia, this ____ day of _____ 2007, hereby

ORDERED that the Unopposed Motion to Continue Hearing is GRANTED. The Hearing on Plaintiff's Motion for Preliminary Injunction will be held on May ____, 2007, at _____ in Courtroom 18 before Judge Richard J. Leon.

**JUDGE RICHARD J. LEON**

Copies provided to:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

Christopher B. Hanback, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006