UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **POST PROPERTIES, INC.,** *et al.*, ) | Case No. 1:06CV01991 |
| ) | Judge Richard Leon |
| Defendants. ) | |
| ) | |

**OPPOSITION OF PLAINTIFF THE EQUAL RIGHTS CENTER
TO POSTPONING HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, respectfully submits this Opposition to Defendants' Motion to Continue the hearing set for May 8, 2007 on ERC's Motion for Preliminary Injunction and says:

1. The undersigned would usually, as a matter of professional courtesy, agree to a reasonable extension of time to accommodate the schedule of opposing counsel. Indeed, counsel for ERC agreed to a six-week continuance of Defendants' time to respond to the Complaint in light of the holidays and the fact that counsel for Defendants were new to the case.

2. The undersigned was prepared to agree to a continuance of the hearing if Defendants, who just sold an apartment complex, would agree not to sell another one in the time between the original date for the hearing and the new date, and would agree not to make special efforts to sell their condominiums, such as putting them on sale or offering additional incentives, during that period. In other words, the ERC did not want to be burned by being accommodating. The ERC did not ask Defendants not to sell condominiums, just that they not take advantage of the delay in the preliminary injunction. Defendants refused to agree to this reasonable request.

3. Defendants' first choice of counsel is unavailable on the morning of May 8 because he will be addressing the Board of Directors of the National Multi Housing Council on the subject of accessibility in housing. *See* http://www.nmhc.org/MeetingRegistration/meeting.cfm?MeetingID=109 for details. While it is understandable that Mr. Hanback did not or could not cancel this appearance, ERC should not be made to suffer because he is unavailable. If Defendants really wanted him alone to argue the Motion, they could have agreed to ERC's request that they not blindside the ERC during the postponement. Since they are not willing to make that minimal agreement, they could have one of the other highly qualified attorneys who has entered his appearance in this case argue the Motion on May 8.

4. If the Court is inclined to grant this postponement, the ERC respectfully requests that the Court's order include a direction that Defendants, as a condition of accepting the postponement, refrain from selling any apartment complexes or from making any special efforts to sell their condominiums, such as putting them on sale or offering additional incentives, until after the hearing on the Motion for Preliminary Injunction.

5. Alternative proposed orders are attached.

Date: April 27, 2007

Respectfully Submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

and

- 3 -

>Donald L. Kahl
>DC Bar # 489472
>Don_Kahl@washlaw.org
>Washington Lawyers'
>Committee for Civil Rights and
>Urban Affairs
>11 Dupont Circle, NW
>Suite 400
>Washington, D.C.  20036
>Tel:  (202) 319-1000
>Fax:  (202) 319-1010
>
>Attorneys for Plaintiff
>Equal Rights Center

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2007, a copy of the foregoing was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Christopher Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com, and Rafe Petersen at rafe.petersen@hklaw.com, counsel for defendants.

>*Sheila J. Carpenter*
>Sheila J. Carpenter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | |
| POST PROPERTIES, INC. *et al.,* | ) ) | **Case No. 1:06CV01991** |
| | ) | **Judge Richard Leon** |
| Defendants. | ) ) | |

## ORDER

The Court has considered the Motion of Defendants to Postpone the Hearing on the Motion for Preliminary Injunction and Plaintiff's Opposition thereto. The Court believes that the hearing should be postponed as requested but that Defendants shall not accept the postponement unless they agree to refrain from selling any apartment complexes or from making any special efforts to sell their condominiums, such as putting them on sale or offering additional incentives, until after the hearing on the Motion for Preliminary Injunction. It is therefore this ___ day of _____, 2007,

**ORDERED** that the hearing is postponed until May __, 2007 at _____ .m., conditioned on Defendants' Agreement to refrain from selling any apartment complexes or from making any special efforts to sell their condominiums, such as putting them on sale or offering additional incentives, until after the hearing on the Motion for Preliminary Injunction. Counsel for Defendants shall advise the Court by filing a Praecipe with

- 2 -

Defendants' consent within twenty-four hours of receipt of this Order.  Otherwise, the

hearing will go forward on May 8, 2007 at 10:45 a.m. as scheduled.

                                                      RICHARD J. LEON
                                       United States District Court Judge

Copies to:
Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C.  20007

Donald L. Kahl, Esquire
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Peterson, Esquire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **POST PROPERTIES, INC.** *et al.,* ) | **Case No. 1:06CV01991** |
| ) | **Judge Richard Leon** |
| Defendants. ) | |

# ORDER

The Court has considered the Motion of Defendants to Postpone the Hearing on the Motion for Preliminary Injunction and Plaintiff's Opposition thereto. The Court finds that the Motion is not well taken and should be denied. It is this ___ day of _____, 2007,

**ORDERED** that Defendants' Motion to Postpone is denied and the hearing will go forward on May 8, 2007 at 10:45 a.m. as scheduled.

 

                                                                          RICHARD J. LEON
                                                             United States District Court Judge

Copies to:
Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C.  20007

Donald L. Kahl, Esquire
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036

- 2 -

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Peterson, Esquire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006