IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> POST PROPERTIES, INC. <br> POST GP HOLDINGS, INC. <br> POST APARTMENT HOMES, L.P. <br><br> Defendants. | Case. No. 1:06CV01991 <br> Judge Richard J. Leon |

**DEFENDANTS' REQUEST TO PRESENT LIVE WITNESS TESTIMONY
AT HEARING SCHEDULED MAY 8, 2007**

Pursuant LCvR 61.5(d), Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post"), by undersigned counsel, hereby file this Request to Present Live Witness Testimony at Hearing Scheduled May 8, 2007. The following is a list of witnesses which may be examined by Post at the May 8, 2007 hearing and an estimate of time required for each witness:

1. Paul Sheriff, a person with a disability and an expert in Fair Housing Act compliance has performed site visits and detailed reviews accompanied by video documentation of the accessibility and usability of three Post properties in the greater Washington, DC area. Mr. Sheriff will testify that in each dwelling unit and common area he tested, he found that the elements required to be usable and accessible by the Fair Housing Act are in fact usable and accessible. His video presentation will show the accessibility of the units and buildings as he maneuvers about these locations. An estimated time for Mr. Sheriff's testimony is two hours.

2.      Mark Wales, a nationally recognized expert on Fair Housing Act accessibility will present evidence that compliance with HUD's Guidelines and Design Manual is not necessary to show that the elements required to be accessible under the Fair Housing Act are actually accessible. Mr. Wales will discuss the other ways that companies such as Post have been able to comply with the Fair Housing Act's accessibility requirements and will explain the power point presentation attached to Plaintiff's Reply Memorandum and refute Plaintiff's mischaracterization of it. An estimated time for Mr. Wales's testimony is one hour.

3.      Christopher J. Papa, the Executive Vice President & Chief Financial Officer of Post Properties, Inc. and Post GP Holdings, Inc. will testify as to the substantial harm Post will suffer if the preliminary injunction is issued. An estimated time for Mr. Papa's testimony is one hour.

Respectfully submitted,

HOLLAND & KNIGHT LLP

 /s/ Christopher B. Hanback
Christopher B. Hanback (Bar # 232579)
Alan I. Baron (Bar. # 340273)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: alan.baron@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Post Properties, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Request to Present Live Witness Testimony at Hearing on May 8, 2007 was served by electronic filing, this 3rd day of May, 2007, on the following:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**ORDER**

UPON CONSIDERATION OF the Defendants' Request to Present Live Witness Testimony at Hearing on May 8, 2007, it is by the United States District Court for the District of Columbia, this \_\_\_\_ day of _____ 2007, hereby

ORDERED that Defendants' Request to Present Live Witness Testimony is GRANTED.

_____
**JUDGE RICHARD J. LEON**

Copies provided to:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

Christopher B. Hanback, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006