UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| **POST PROPERTIES, INC.,** *et al.*, | ) ) | Case No. 1:06CV01991 |
| | ) | Judge Richard Leon |
| Defendants. | ) ) | |

**REQUEST OF PLAINTIFF THE EQUAL RIGHTS CENTER TO PRESENT LIVE TESTIMONY AT HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, respectfully requests that this Court, pursuant to Local Rule Civ. 65.1(d), permit ERC to present live testimony at the hearing on its Motion for a Preliminary Injunction on Tuesday, May 8, 2007. The witnesses proposed to be called are

1. Rebecca Crootof, an ERC employee who managed the investigation and testing of Defendants' properties. Ms. Crootof will explain the process used and give examples of properties designed and constructed by Defendants in violation of the fair housing laws. Time estimate: 1 hour.

2. Peter Stratton of Winters Design Group, Inc. is an architect who is an expert in the design and construction of covered dwellings in compliance with the fair housing laws. He has worked with the ERC in the past, reviewed and verified its work and is familiar with its methodology. Time estimate: 1 hour.

A proposed order is attached hereto.

Date: May 3, 2007                                      Respectfully submitted,

       *Sheila J. Carpenter*
       Sheila J. Carpenter (DC Bar #935742)
       sjc@jordenusa.com
       Jorden Burt LLP
       1025 Thomas Jefferson Street, NW
       Suite 400 East
       Washington, DC 20007
       Tel:  (202) 965-8165
       Fax: (202) 965-8104

       *Donald L. Kahl*
       Donald L. Kahl (DC Bar #489472)
       Don_Kahl@washlaw.org
       Washington Lawyers' Committee
       For Civil Rights and Urban Affairs
       11 Dupont Circle, NW
       Suite 400
       Washington, DC 20036
       Tel:  (202) 319-1000
       Fax: (202) 319-1010

       Attorneys for Plaintiff
       Equal Rights Center

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 3rd day of May, 2007, a copy of the foregoing **Request** was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to:  Christopher Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com, and Rafe Petersen at rafe.petersen@hklaw.com, counsel for defendants.

       *Sheila J. Carpenter*
       Sheila J. Carpenter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**POST PROPERTIES, INC.** *et al.,* )<br>)<br>Defendants. )<br>) | **Case No. 1:06CV01991**<br>**Judge Richard Leon** |

## ORDER

The Court has considered Plaintiff's Request for live testimony at the Hearing on the Motion for Preliminary Injunction on May 8, 2007 and [lack of] Opposition thereto. It is this ___ day of _____, 2007,

**ORDERED** that Plaintiff's Request is granted.

                                                    RICHARD J. LEON
                                          United States District Court Judge

Copies to:
Sheila J. Carpenter
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C.  20007

Donald L. Kahl, Esquire
Washington Lawyers' Committee
 For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036

- 2 -

Christopher B. Hanback, Esquire
Alan I. Baron, Esquire
Rafe Peterson, Esquire
Holland & Knight, LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC  20006