## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER,                        )
                                            )
                                            )          **Case No. 1:06CV01991**
                                            )
         Plaintiff,              )          **Judge Richard Leon**
                                            )
   vs.                                 )
                                            )
POST PROPERTIES, INC. *et al.,*             )
                                            )
        Defendants.             )
                                            )

### SECOND DECLARATION OF REBECCA CROOTOF

1.     I am a Senior Project Coordinator at the Equal Rights Center ("ERC").   I am over the age of 18 years, have personal knowledge of the facts stated herein and am competent to testify to them.  I give this second declaration in support of the Equal Rights Center's Motion for Preliminary Injunction.

2.     I have worked at the ERC for approximately two and one-half years. During that time I have attended various trainings to educate myself on accessibility requirements and accessibility testing in apartments and condominiums.  These trainings have included:  Fundamentals of Fair Housing (a January 2005, 1-week course presented by the National Fair Housing Association); Fair Housing Design and Construction (a May 2005, 1-day course on accessibility requirements presented by Fair Housing Accessibility First); and Fair Housing Design and Construction (a May 2006, 2-day course on accessibility testing presented by Fair Housing Accessibility First).  Since those trainings I have taken an additional Level II ADA Survey Training (a  May 2007, 3-day course on accessibility testing presented by Eastlake, Derry and Assoc. LLC).

This training confirmed that the measuring techniques that I have been using are appropriate. Additionally, I have received various in-house training on accessibility requirements and testing conducted by other ERC staff personnel.

3.      Testing of the nature conducted here consists of the observation, measurement, and recordation of physical facts, *e.g.,* how wide is the opening of a door, how high is a door's threshold, is there a step or steps in front of the entrance of a first floor apartment, what is the distance between opposing elements in a galley-style kitchen, and what are the dimensions of the area of clear floor space in front of an appliance or facility?

4.      Neither my testing observations, nor any of the other information contained in my first Declaration given to the Court in support of the ERC's motion is offered as expert testimony, rather it is offered as factual support for the claims made by the ERC against Post in this lawsuit.

5.      During my time at the ERC, the ERC has conducted several hundred accessibility tests of multi-family housing complexes such as those conducted on the Post properties here, and I personally have coordinated more than 250 such tests.

6.      In testing the Post properties, it was not my, or the ERC's intent to attempt to document each and every failure to meet the requirements of the FHA at that property. Rather, the goal was to determine if there were failures with respect to certain, readily measurable aspects of accessibility in the units, common areas, and public use areas that Post was willing to show us during our testing visit. Further, as part of our testing, we did not measure most exterior aspects of the properties such as exterior walks and ramps

to determine if they met slope requirements, or whether there are the required accessible routes between and into each building and covered unit.

7.      Attached to this Declaration are testing reports for the following Post Properties:  Post Carlyle, Post Ballentyne, Post Gateway Place, Post Gallery, Post Gardens, Post Abbey, Post Rocky Point, and Post Vintage.  In addition, outdoor photographs of some of these properties are attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2007

Rebecca Crootof

# The Equal Rights Center

## Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number  POST-06                    Test Number  POST-06-VA-01

PT  Doug Bernstein / R Crootof  MT  R Crootof

Type (Site Appointment, Site Drop-In, Phone)

B. Site Information

Test Date  5/19/06

Name of Site Tested  Condominiums @ Carlyle Square

Owner/Manager (if known)  Post Properties & PN Hoffman

Name of Agent Tested  Doug Tallman  (?)

Site Phone Number  703-684-1005

Site Address  1420 Prince St  Suite 100  Alexandria VA 22314

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

brick building on street

Type of Building (High-Rise Elevator, Garden Style, G.S. w/Elevator)  N/A  (elevator)

Total Number of Units  N/A  (145 condos)

Year Built  2006

Layout the Same Regardless of Floor? If not, please describe.  N/A

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

C.  Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | N | 35 x 30 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N | 45 x >60 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 22 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | N/A | N/A |

Pipes Underneath Sink Protected? If so, by what?    N

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

D. Unit Information

Unit Number (include building identifier, if applicable)    N/A

Floor/Storey    N/A

Unit Size (number of bedrooms, bathrooms; include model name if applicable)    N/A

Cabinets Removable?    N/A

Walls Reinforced?    N/A

If Patio, Porous (wood) or Non-Porous (cement, concrete)?    N/A

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | | | |
| **Environmental Controls** | | | |
| Living Room/Den | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |

T:\Test Forms\Accessibility Forms\Accessibility Report Form.doc
Last revised 1/06
Page 3 of 7

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)    *Sales Office*

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Kitchen** | **Yes/No** | **Measurement** |
| 40" Between Opposing Elements? | N | 33" |
| For Appliances: 30" x 48" Clear? | Y | N/A |
| For Sink: 48" Clear? | N | 33" in front of sink w/ no removable clerk |
| For Range/Stove: 48" Clear? | Y | N/A |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N | 33" |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center
## Accessibility Report Form © Confidential and Proprietary

F. Unit Information: Bathroom

Unit Number (include building identifier, if applicable)  N/A

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | | |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | | |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | | |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | | |

Pipes Underneath Sink Protected? If so, by what?  N/A

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
**Accessibility Report Form © Confidential and Proprietary**

G. Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.



# The Equal Rights Center
## Accessibility Report Form © Confidential and Proprietary

H. Outside Information

Number of Accessible Parking Spaces   0 - no reserved parking

Are Accessible Parking Spaces Clearly Marked?   N/A

Are Accessible Parking Spaces Near Curb Cuts/Ramps?   N/A

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?   N/A

Are There Steps Into The Building?   4

If There Are Steps, Is There An Alternate Route With A Ramp?   Not apparent

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    5/23/06
Tester Signature (MT)                                              Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    5/23/06
Tester Signature (PT)                                              Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such us high thresholds and steps. Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.



**007**
**POST PROPERTIES**
**POST CONDOMINIUMS AT CARLYLE**
**OUTSIDE**
**STEPS TO OFFICE**



**008**
**POST PROPERTIES**
**POST CONDOMINIUMS AT CARLYLE**
**OUTSIDE**
**STEPS TO OFFICE**

# The Equal Rights Center

## Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number ~~Post~~-06 *Post RC 4/1*

Test Number ~~Post~~-06 - NC - 01 *POST RC 4/1*

PT Susan Caplow        MT Rebecca Crootof

Type (Site Appointment, (Site Drop-In,) Phone)

B. Site Information

Test Date 4/1/06

Name of Site Tested Post Ballentyne

Owner/Manager (if known) Post Properties

Name of Agent Tested Cresta Hines

Site Phone Number 704·544·4800

Site Address 14205 Ballantyne Lake Rd Charlotte NC 28277

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

brick + stone facade

Type of Building (High-Rise Elevator, (Garden Style,) G.S. w/Elevator)

Total Number of Units 319 (between 300-350?)

Year Built 2004 ("2 yrs ago")

Layout the Same Regardless of Floor? If not, please describe. Yes

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

C.  Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | N/A |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | Y | 60.5 x 60.5 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 27 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | N/A | N/A |

Pipes Underneath Sink Protected? If so, by what?    Yes - plastic ?

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)    101

Floor/Storey    1st

Unit Size (number of bedrooms, bathrooms; include model name if applicable)    1 bd    1 bth

Cabinets Removable?    No

Walls Reinforced?    Yes

If Patio, Porous (wood) or Non-Porous (cement, concrete)?    N/A

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| Doors/Entry Spaces | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| Main Entrance | N/A | | |
| Kitchen | N/A | | |
| Bedroom | 28.5 walk-in | | |
| Bathroom | 34 | | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| Patio | N/A | | |
| **Environmental Controls** | | | |
| Living Room/Den | 44 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 16.5 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| **Light Switches** | | | |
| Living Room/Den | 45 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)    101

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Kitchen | Yes/No | Measurement |
| 40" Between Opposing Elements? | y | 56 |
| For Appliances: 30" x 48" Clear? | y | 56 x 60 |
| For Sink: 48" Clear? | N | 19.5 to n.o. |
| For Range/Stove: 48" Clear? | y | 31 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N | 56 |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)    101

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Unit Bathroom | Yes/No | Measurement |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | N/A |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | Y | 63 x >50 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 36.5 to no |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | 34 x >60 |

Pipes Underneath Sink Protected? If so, by what?

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces             \

Are Accessible Parking Spaces Clearly Marked?    Y

Are Accessible Parking Spaces Near Curb Cuts/Ramps?    Y

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?    Y

Are There Steps Into The Building?    N

If There Are Steps, Is There An Alternate Route With A Ramp?    N/A

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    4/1/06
Tester Signature (MT)                          Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    4/1/06
Tester Signature (PT)                          Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such us high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.

# The Equal Rights Center
### Accessibility Photograph Form © Confidential and Proprietary

Test Number   Post - 06 - NC - 01

Name of Site Tested   Post Ballantyne

Owner/Manager (if known)   Post Properties

| Photograph Number | Place (unit number or area) | Room |
|---|---|---|
| Ex: 001 | Ex: 113 | Ex: Bathroom |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

Tester Signature (PT)                                    4 - 1 - 06
                                                        Date

T:\Test Forms\Accessibility Forms\Accessibility Photograph Guide.doc
Last revised 1/06
Page 1 of 1



# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number _Post - 06_          Test Number _POST-06-NC-0#3_ *RC 4/3/06*

PT _Susan Ceplau_          MT _Rebecca Crootof_

Type (Site Appointment, (Site Drop-In) Phone)

B. Site Information

Test Date _4/1/06_

Name of Site Tested _Post Gateway Place_

Owner/Manager (if known) _Post Properties_

Name of Agent Tested _Liz Hawes_

Site Phone Number _704 - 358 - 0250_

Site Address _120 N. Cedar St Suite 735  Charlotte NC 28202_

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

_Concrete building_

Type of Building ((High-Rise Elevator,) Garden Style, G.S. w/Elevator)

Total Number of Units _430_

Year Built _2000 + 2002_

Layout the Same Regardless of Floor? If not, please describe. _Sometimes - over 90 floor plans. This one is repeated_

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

C.  Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 60 x >60 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | Y | 60 x >60 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 15 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | N/A | N/A |

Pipes Underneath Sink Protected? If so, by what?    Y, plastic

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)   3612

Floor/Storey   6th

Unit Size (number of bedrooms, bathrooms; include model name if applicable)   1 bd 1 bth

Cabinets Removable?   No

Walls Reinforced?   Unknown

If Patio, Porous (wood) or Non-Porous (cement, concrete)?   N/A

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | | | |
| Main Entrance | N/A | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | 32 | | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| Patio | N/A | | |
| **Environmental Controls** | | | |
| Living Room/Den | 58.5 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 17 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |
| **Light Switches** | | | |
| Living Room/Den | 43 | | |
| Kitchen | N/A | | |
| Bedroom | N/A | | |
| Bathroom | N/A | | |

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)  3612

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Kitchen | Yes/No | Measurement |
| 40" Between Opposing Elements? | N | 31.5 |
| For Appliances: 30" x 48" Clear? | Y | 31.5 x 160 |
| For Sink: 48" Clear? | | 32 to A.0 |
| For Range/Stove: 48" Clear? | N | 18.5 to N.O |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N/A | N/A |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)   3612

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Unit Bathroom | Yes/No | Measurement |
| 30" x 48" Clear Floor Space Outside Swing of Door? | 4 | N/A |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | 4 | N/A |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | 4 | 34 to n.o |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | 4 | 41 x >60 |

Pipes Underneath Sink Protected? If so, by what?

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

G. Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.

N/A

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces    *None*

Are Accessible Parking Spaces Clearly Marked?    *N/A*

Are Accessible Parking Spaces Near Curb Cuts/Ramps?    *N/A*

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?    *N/A*

Are There Steps Into The Building?    *Yes*

If There Are Steps, Is There An Alternate Route With A Ramp?    *Yes – not marked*

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

Tester Signature (MT)    Date  *3/1/06*

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

Tester Signature (PT)    Date  *4/1/06*

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such as high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.



**002**
**POST PROPERTIES**
**POST GATEWAY**
**COMMON**
**POOL & STAIRS**



004
POST PROPERTIES
POST GATEWAY
UNIT 3612
STAIRS TO TABLES

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A.  Test Information

Case Number  POST - 06                     Test Number  POST - 06 - TX - 01

PT  E Hawkins                                MT  R Crootof

Type (Site Appointment, (Site Drop-In), Phone)

B.  Site Information

Test Date  5/2/06

Name of Site Tested  Post Gallery

Owner/Manager (if known)  Post Properties

Name of Agent Tested  Robert Lavinghouse

Site Phone Number  214-953-9000

Site Address  3006 Woodside St Dallas TX 75204

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

brick w/granite stairs entrance

Type of Building ((High-Rise Elevator), Garden Style, G.S. w/Elevator)

Total Number of Units                  34

Year Built  1999

Layout the Same Regardless of Floor? If not, please describe.  Y

# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

C. Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Common Area Bathroom | Yes/No | Measurement |
| 30" x 48" Clear Floor Space Outside Swing of Door? | | |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | | |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | | |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | | |

Pipes Underneath Sink Protected? If so, by what?  N/A

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)  3015

Floor/Storey     3rd

Unit Size (number of bedrooms, bathrooms; include model name if applicable)   2 bd 1 bth 1½ bth

Cabinets Removable?  Y (but did not appear so)

Walls Reinforced?   Y

If Patio, Porous (wood) or Non-Porous (cement, concrete)?

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| Doors/Entry Spaces | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | 26 walk-in closet | | |
| Bathroom | 26.5 | 26, | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | .5 bev int .5 bev ext | | |
| **Environmental Controls** | | | |
| Living Room/Den | 63.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 18.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | 46.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

E. Unit Information: Kitchen

Unit Number (include building identifier, if applicable)  3015

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Kitchen | Yes/No | Measurement |
| 40" Between Opposing Elements? | Y | 760 |
| For Appliances: 30" x 48" Clear? | Y | >60 x 760 |
| For Sink: 48" Clear? | N | 23 to n.o. |
| For Range/Stove: 48" Clear? | Y | 29 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | Y | >60 x 760 |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)    3015

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 46 x 760 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N | 36 x 760 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 30 to no |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | 46 x >60 (Shower) |

Pipes Underneath Sink Protected? If so, by what?   cabinet

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
**Accessibility Report Form © Confidential and Proprietary**

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.

No accessible route to door (main entrance)

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces  *O — even in garage*

Are Accessible Parking Spaces Clearly Marked?  N/A

Are Accessible Parking Spaces Near Curb Cuts/Ramps?  N/A

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?  N/A

Are There Steps Into The Building?  Y

If There Are Steps, Is There An Alternate Route With A Ramp?  N

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    5/2/06
Tester Signature (MT)                              Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    5/2/06
Tester Signature (PT)                              Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such as high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.



**017**
**POST PROPERTIES**
**POST GALLERY**
**BUILDING ENTRANCE**
**BUILDING ENTRANCE**

# The Equal Rights Center

## Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number __N/A__          Test Number __POST-06-GA-06__

PT __S Eisenberg__          MT __R Crootof__

Type (Site Appointment, (Site Drop-In), Phone)

B. Site Information

Test Date __4/22/06__

Name of Site Tested __Post Gardens__

Owner/Manager (if known) __Post Properties__

Name of Agent Tested __Katrina Howard__

Site Phone Number __404-237-4800__

Site Address __1020 Lenox Pk Blvd NE Atlanta GA 30319__

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

__Bie beige stucco; mediterranian feel__

Type of Building (High-Rise Elevator, Garden Style, (G.S. w/Elevator))

Total Number of Units __2,396__

Year Built __1998__

Layout the Same Regardless of Floor? If not, please describe. __Y__

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

C.  Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | y | 36 x 60 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | y | >50 x >60 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | y | 40.5 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | N/A | N/A |

Pipes Underneath Sink Protected? If so, by what?   Slanted wall

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)  113

Floor/Storey  1st  (?)  2 ground?

Unit Size (number of bedrooms, bathrooms; include model name if applicable)  1 bd  1 bth

Cabinets Removable?  N

Walls Reinforced?  Y

If Patio, Porous (wood) or Non-Porous (cement, concrete)?  N/A

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | | | |
| Main Entrance | N/A | | |
| Kitchen | N/A | | |
| Bedroom | 30, 28 sun room | | |
| Bathroom | 30, 22 | | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | | | |
| **Environmental Controls** | | | |
| Living Room/Den | 100 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 17 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | 46.25 | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)    113

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Kitchen** | **Yes/No** | **Measurement** |
| 40" Between Opposing Elements? | Y | 47 |
| For Appliances: 30" x 48" Clear? | Y  N | 17 to n.o. |
| For Sink: 48" Clear? | Y | >60 |
| For Range/Stove: 48" Clear? | Y | >75  >40 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N/A | N/A |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

F.   Unit Information: Bathroom

Unit Number (include building identifier, if applicable)   113

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 42 x >60 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N | 35 x >60 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | N | 15.25; 16 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | 42 x >60 |

Pipes Underneath Sink Protected? If so, by what?   cabinet

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
**Accessibility Report Form © Confidential and Proprietary**

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | N/A | N/A | | | |
| Threshold Height | seemed to 75 bev | | | | |
| Hallway Width | N/A | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces          |

Are Accessible Parking Spaces Clearly Marked?          Y

Are Accessible Parking Spaces Near Curb Cuts/Ramps?   Y

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?   Y

Are There Steps Into The Building?    No

If There Are Steps, Is There An Alternate Route With A Ramp?   N/A

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____          4/22/06
Tester Signature (MT)                     Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____          4/22/06
Tester Signature (PT)                     Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such us high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.

# The Equal Rights Center

## Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number _POST-06_                          Test Number _POST-D6-TX-04_

PT _C Hawkins_                                  MT _R Crootof_

Type (Site Appointment, (Site Drop-In,) Phone)

B. Site Information

Test Date _5/2/06_

Name of Site Tested _Post Abbey_

Owner/Manager (if known) _Post Properties_

Name of Agent Tested _Robert Lavinghouse_

Site Phone Number _214-999-5000_

Site Address _2525 Worthington St / 2808 McKinney Ave Dallas TX 75204_

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

_red + beige brick_

Type of Building ((High-Rise Elevator,) Garden Style, G.S. w/Elevator)

Total Number of Units _34_

Year Built _1996_

Layout the Same Regardless of Floor? If not, please describe. _Y - but only one other unit_

# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

C. Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | | |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N/A | N/A |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | | |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | | |

Pipes Underneath Sink Protected? If so, by what?   N/A

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)  216

Floor/Storey  2nd

Unit Size (number of bedrooms, bathrooms; include model name if applicable)  ~~tbd 1bth~~ (EH 5/2/06) 1+den, 1bth

Cabinets Removable?  EH, 5/3/06 ~~UNKNOWN~~  No

Walls Reinforced?  EH 5/3/06  ~~UNKNOWN~~  Yes

If Patio, Porous (wood) or Non-Porous (cement, concrete)?  N/A

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | 34.5 | | |
| Bathroom | ~~N/A~~ 22, 32 | | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | | | |
| **Environmental Controls** | | | |
| Living Room/Den | 47 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 16 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | 45 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable) _2|l6_

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Kitchen | Yes/No | Measurement |
| 40" Between Opposing Elements? | Y | 42 |
| For Appliances: 30" x 48" Clear? | Y | 42 x 760 |
| For Sink: 48" Clear? | N | 19 to n.o. |
| For Range/Stove: 48" Clear? | Y | 30 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N/A | N/A |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)   216

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 730 × 760 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N | 34.5 × 61 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | N | 17.5 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | 30 × 760 |

Pipes Underneath Sink Protected? If so, by what?   cabinet

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.



# The Equal Rights Center
## Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces    N

Are Accessible Parking Spaces Clearly Marked?    N/A

Are Accessible Parking Spaces Near Curb Cuts/Ramps?    N/A

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?    N/A

Are There Steps Into The Building?    4

If There Are Steps, Is There An Alternate Route With A Ramp?    Not apparent — there is an accessible doorway nearby, unmarked, w/o a call box

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    ___5/2/06___
Tester Signature (MT)                         Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    ___5/2/06___
Tester Signature (PT)                         Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such us high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.



**011**
**POST PROPERTIES**
**POST ABBEY**
**BUILDING ENTRANCE**
**BUILDING ENTRANCE**

# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number  _POST-06_                          Test Number _POST-06-FL-01_

PT   _D Bernstein_                               MT _R Crootof_

Type (Site Appointment, (Site Drop-In,) Phone)

B. Site Information

Test Date  _5/12/06_   _RC 5/14_

Name of Site Tested  _Rocky Point_   _Post_

Owner/Manager (if known) _Post Properties_

Name of Agent Tested  _Steve D'Ambrosi_

Site Phone Number  _(813) 289-3584_

Site Address _3101 N. Rocky Pt Drive E Tampa FL 33607_

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

_beige w/green roofs_

Type of Building (High-Rise Elevator, (Garden Style,) G.S. w/Elevator)

Total Number of Units  _916_

Year Built  _1995-6_

Layout the Same Regardless of Floor? If not, please describe.  _No - ground floors are accessible_

T:\Test Forms\Accessibility Forms\Accessibility Report Form.doc
Last revised 1/06
Page 1 of 7

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

C.  Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Common Area Bathroom** | Yes/No | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 760 × 760 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | Y | 54 × 760 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 18 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | N/A | N/A |

Pipes Underneath Sink Protected? If so, by what? plastic

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D. Unit Information

Unit Number (include building identifier, if applicable)  3525

Floor/Storey  1st

Unit Size (number of bedrooms, bathrooms; include model name if applicable)  1 bd  1 bth

Cabinets Removable?  N

Walls Reinforced?  U

If Patio, Porous (wood) or Non-Porous (cement, concrete)?

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | N/A | | |
| Main Entrance | | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | 32 | | |
| Patio | N/A | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | | | |
| **Environmental Controls** | | | |
| Living Room/Den | 62 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 13.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | 44 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |

# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)  **3525**

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Kitchen** | **Yes/No** | **Measurement** |
| 40" Between Opposing Elements? | Y | 56.5 |
| For Appliances: 30" x 48" Clear? | Y | 56.5 x 760 |
| For Sink: 48" Clear? | N | 20.5 to n.o. |
| For Range/Stove: 48" Clear? | Y | 31.5 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N | 56.5 |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)  3525

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 45 × 760 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N | 36.5 × 760 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | N | 21 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | 45 × 760 |

Pipes Underneath Sink Protected? If so, by what?  cabinet

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.

No obstacle under stairwell

Steep ramp to ground floor w/no railings

# The Equal Rights Center
**Accessibility Report Form © Confidential and Proprietary**

H.  Outside Information

Number of Accessible Parking Spaces    1

Are Accessible Parking Spaces Clearly Marked?  Y

Are Accessible Parking Spaces Near Curb Cuts/Ramps?  Y

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?  Y

Are There Steps Into The Building?    N

If There Are Steps, Is There An Alternate Route With A Ramp?  N/A

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____          5/14/06
Tester Signature (MT)                              Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____          5/14/06
Tester Signature (PT)                               Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such us high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.



**011**
**POST PROPERTIES**
**POST ROCKY POINT**
**PUBLIC AREA**
**OUTDOOR STAIRWELL**



**012
POST PROPERTIES
POST ROCKY POINT
PUBLIC AREA
OUTDOOR STAIRWELL**

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

**Be sure to fill in every blank with an answer. If you are confused about any aspect of this report form, please call your test coordinator and ask him/her for clarification. If you do not have an answer for a blank, please write that you do not know, were not asked, or that it is not applicable (N/A).**

A. Test Information

Case Number _Post- O6_                Test Number _Post-O6-TX-O7_

PT _E Hawkins_                         MT _R Crootof_

Type (Site Appointment, (Site Drop-In,) Phone)

B. Site Information

Test Date _5/2/06_

Name of Site Tested _Post Vintage_

Owner/Manager (if known) _Post Properties_

Name of Agent Tested _Robert Lavinghouse_

Site Phone Number _214-965-6800_

Site Address _2800 Cole Ave /2828 La Clede  Dallas TX 75204_

Briefly Describe the Layout (parking, public spaces, amenities, et cetera)

_2 buildings - one yellow + one orange - model in yellow building_

Type of Building (High-Rise Elevator, (Garden Style,) G.S. w/Elevator)

Total Number of Units _161_

Year Built _1993_

Layout the Same Regardless of Floor? If not, please describe. _Yes_

# The Equal Rights Center

### Accessibility Report Form © Confidential and Proprietary

C. Common Area Information: Bathroom

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Common Area Bathroom | Yes/No | Measurement |
| 30" x 48" Clear Floor Space Outside Swing of Door? | | |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | N/A | N/A |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | | |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | | |

Pipes Underneath Sink Protected? If so, by what?    N/A

Please use the box below to draw a diagram of the **common area bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

D.  Unit Information

Unit Number (include building identifier, if applicable)   1 5 7

Floor/Storey    1 st

Unit Size (number of bedrooms, bathrooms; include model name if applicable)    1 bd 1 bth

Cabinets Removable?    No

Walls Reinforced?    Yes

If Patio, Porous (wood) or Non-Porous (cement, concrete)?

Please fill out the chart. If you did/could not take a measurement, please write "N/A." M (1) is for the Master Bedroom/Bathroom, M (2) is for the Second Bedroom/Bathroom if there are two, and so on.

| | Measurement (1) | Measurement (2) | Measurement (3) |
|---|---|---|---|
| **Doors/Entry Spaces** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | 32, 23 | | |
| Patio | 28 | | |
| **Thresholds (please note if beveled or not)** | | | |
| Main Entrance | N/A | | |
| Kitchen | | | |
| Bedroom | | | |
| Bathroom | | | |
| Patio | 2.5 ext non bev ; | 5 int bev | |
| **Environmental Controls** | | | |
| Living Room/Den | 45.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Electrical Outlets** | | | |
| Living Room/Den | 13 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |
| **Light Switches** | | | |
| Living Room/Den | 41.5 | | |
| Kitchen | N/A | | |
| Bedroom | | | |
| Bathroom | | | |

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

E.  Unit Information: Kitchen

Unit Number (include building identifier, if applicable)    157

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| Kitchen | Yes/No | Measurement |
| 40" Between Opposing Elements? | N | 33.5, 31.5 |
| For Appliances: 30" x 48" Clear? | Y N | N/A |
| For Sink: 48" Clear? | N | 18-23.5 to n.o. |
| For Range/Stove: 48" Clear? | N | 23.5 to n.o. |
| For U-Shaped Kitchen with Range/Stove/Sink at Base: 60" Clear Diameter? | N/A | N/A |

Please use the box below to draw a diagram of the **unit kitchen** detailing the kitchen layout and the measurements you made.



# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

F.  Unit Information: Bathroom

Unit Number (include building identifier, if applicable)    157

| TO BE FILLED OUT BY TEST COORDINATOR | | |
|---|---|---|
| **Unit Bathroom** | **Yes/No** | **Measurement** |
| 30" x 48" Clear Floor Space Outside Swing of Door? | Y | 44 x >60 |
| 48" x 56" Clear Floor Space at Toilet (can include sink, etc.) | Y | 750 x >60 |
| 30" x 48" Centered Clear Floor Space at Sink Basin? | Y | 24 to n.o. |
| 30" x 48" Centered Clear Floor Space at Tub/Shower? | Y | >60 x >50 |

Pipes Underneath Sink Protected? If so, by what?    Cabinet

Please use the box below to draw a diagram of the **unit bathroom** detailing the bathroom layout and the measurements you made.



# The Equal Rights Center

**Accessibility Report Form © Confidential and Proprietary**

G.  Common Area Information

| | Lobby | Laundry | Club House | Fitness Center | Other |
|---|---|---|---|---|---|
| Door Width | | | | | |
| Threshold Height | | | | | |
| Hallway Width | | | | | |
| Environmental Controls | | | | | |
| Outlets | | | | | |
| Light Switches | | | | | |
| Fire Alarms | | | | | |

Please use the space below to note any other measurements/observations.

*Many stairs w/in building, including ones to + w/in the ground floor routes. No obstruction under stairwells*

# The Equal Rights Center
### Accessibility Report Form © Confidential and Proprietary

H.  Outside Information

Number of Accessible Parking Spaces    0

Are Accessible Parking Spaces Clearly Marked?    N/A

Are Accessible Parking Spaces Near Curb Cuts/Ramps? N/A

Are Accessible Parking Spaces on the Shortest Route to Curb Cuts/Ramps?    N/A

Are There Steps Into The Building?    4

If There Are Steps, Is There An Alternate Route With A Ramp?    No – no apparent route to call box for brown building + past call box for yellow building.

I prepared this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    _____6/2/06_____
Tester Signature (MT)                                            Date

I reviewed this Accessibility Report Form and attest by my signature below that it is, to the best of my recollection, a true and accurate account of the events that took place during a test in which I participated:

_____                    _____5/19/06_____
Tester Signature (PT)                                            Date

**In addition to reviewing the above information, the PT must also complete and submit the Photograph Guide.** From an appropriate vantage point, photographs should be taken of common areas and recreational facilities, all rooms in units including bathrooms and kitchens, and of any features that may not meet accessibility guidelines, such as high thresholds and steps.  Testers should create a key for the photographs, identifying address of the property, unit number, and type of room photographed.