IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br> ) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**NOTICE REGARDING VIDEO EXHIBIT ATTACHMENT**

Exhibit A, which is an attachment to the Affidavit of Paul Stanley Sheriff, are three compact discs containing videos taken at Post Pentagon Row, Post Mass. Ave., and Post Carlysle Square. Copies of the videos are being maintained in the case file in the Clerk's Office. The videos will be available for public viewing between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

In addition to the videos, color still shots extracted from the videos will be placed in the case file for viewing with courtesy copies provided to Judge Leon.

Respectfully submitted,

HOLLAND & KNIGHT LLP

  /s/ Christopher B. Hanback
Christopher B. Hanback (Bar # 232579)
Alan I. Baron (Bar. # 340273)
Rafe Petersen (Bar # 465542)

                                                2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: alan.baron@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Post Properties, Inc., et al.*

Date: May 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice Regarding Video Exhibit Attachment was served by electronic filing, this 4th day of May, 2007, on the following:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback