# EXHIBIT C

CARLYLE PROPERTY

## PICTURE 1

SHOWING P.S. SHERIFF USING SINK IN COMMON KITCHEN AREA

## PICTURE 2

SHOWING P.S. SHERIFF USING COMPUTER IN BUSINESS CENTER



# EXHIBIT D

MASSACHUSETTS AVENUE PROPERTY

## PICTURE 1

SHOWING P. S. SHERIFF ACCESSING DOOR TO ELEVATORS FROM UNDERGROUND PARKING GARAGE

## PICTURE 2

SHOWING P.S. SHERIFF USING PUBLIC RESTROOM LAVATORY



