# EXHIBIT E

PENTAGON ROW PROPERTY
APARTMENT HOME 2342

**PICTURE 1**
SHOWING P. S. SHERIFF USING THE KITCHEN SINK

**PICTURE 2**
SHOWING P. S. SHERIFF HAVING ACCESS TO SWITCHES

**PICTURE 3**
SHOWING P. S. SHERIFF HAVING ACCESS TO STOVETOP CONTROLS

**PICTURE 4**
SHOWING P. S. SHERIFF ACCESSING REFRIGERATOR





# EXHIBIT F

CARLYLE PROPERTY
UNIT 104

## PICTURE 1

SHOWING P. S. SHERIFF USING KITCHEN SINK

## PICTURE 2

SHOWING P. S. SHERIFF ACCESSING STOVETOP CONTROLS

# EXHIBIT G

CARLYLE PROPERTY

UNIT 307

## PICTURE 1

SHOWING P. S. SHERIFF ACCESSING LIGHT SWITCH

## PICTURE 2

USING KITCHEN SINK IN UNIT

## PICTURE 3

SHOWING P.S. SHERIFF OPENING THE REFRIGERATOR

