# EXHIBIT H

## MASSACHUSETTS AVENUE PROPERTY, APARTMENT HOMES 1101 AND G07

## PICTURE 1

SHOWING P. S. SHERIFF TURNING ON WATER AT KITCHEN SINK

## PICTURE 2

SHOWING P.S. SHERIFF OPENING DISHWASHER

## PICTURE 3

SHOWING P.S. SHERIFF OPENING REFRIGERATOR

## PICTURE 4

SHOWING P.S. SHERIFF TURNING DIALS ON STOVE





Case 1:06-cv-01991-RJL-AK   Document 44   Filed 05/04/2007   Page 3 of 5



<␀></␀>
<␀></␀>



# EXHIBIT I

PENTAGON ROW PROPERTY
APARTMENT HOME 2324

## PICTURE 1

SHOWING P. S. SHERIFF USING THE BATHTUB FAUCET

## PICTURE 2

SHOWING P. S. SHERIFF USING THE LAVATORY





# EXHIBIT J

CARLYLE PROPERTY
UNIT 307

## PICTURE 1

SHOWING P. S. SHERIFF FLUSHING THE TOILET

## PICTURE 2

SHOWING P.S. SHERIFF USING THE BATHROOM SINK

## PICTURE 3

SHOWING P.S. TURNING THE BATHTUB FAUCET



<-></->
<-></->
<-></->
<-></->
<-></->




# EXHIBIT K

CARLYLE PROPERTY
UNIT 204

## PICTURE 1

SHOWING P.S. SHERIFF USING THE BATHROOM SINK

## PICTURE 2

SHOWING P. S. SHERIFF TURNING THE BATHTUB FAUCET



