# EXHIBIT L

MASSACHUSETTS AVENUE PROPERTY,
APARTMENT HOME 1101

## PICTURE 1

SHOWING P. S. SHERIFF TURNING THE BATHTUB FAUCET

## PICTURE 2

SHOWING P. S. SHERIFF USING THE BATHROOM SINK

## PICTURE 3

SHOWING P.S. SHERIFF FLUSHING THE TOILET







Case 1:06-cv-01991-RJL-AK    Document 45    Filed 05/04/2007    Page 4 of 4

# EXHIBIT M

PENTAGON ROW PROPERTY

**PICTURE 1**

SHOWING P. S. SHERIFF ACCESSING THE OUTLETS IN APARTMENT HOME 2342

**PICTURE 2**

SHOWING P.S. SHERIFF ACCESSING THE THERMOSTAT IN APARTMENT HOME 2424

**PICTURE 3**

SHOWING P.S. SHERIFF ACCESSING ELECTRIC SWITCH AND OUTLET IN APARTMENT HOME 2424

Case 1:06-cv-01991-RJL-AK    Document 45-2    Filed 05/04/2007    Page 2 of 4







# EXHIBIT N

CARLYLE PROPERTY

**PICTURE 1**

SHOWING P.S. SHERIFF ACCESSING THERMOSTAT IN APARTMENT HOME 104

**PICTURE 2**

SHOWING P.S. SHERIFF ACCESSING THERMOSTAT IN APARTMENT HOME 218

**PICTURE 3**

SHOWING P.S. SHERIFF USING THE LIGHT SWITCH IN APARTMENT HOME 307







# EXHIBIT O

MASSACHUSETTS AVENUE PROPERTY,

**PICTURE 1**

SHOWING P. S. SHERIFF ACCESSING THE THERMOSTAT IN APARTMENT HOME 1101

