AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center

       Plaintiff(s)      )  **APPEARANCE**

       vs.           )  CASE NUMBER   1:2006cv 01991
Post Properties, Inc. et al

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Isabelle M. Thabault__ as counsel in this
                                    (Attorney's Name)

case for:  __Equal Rights Center__
                (Name of party or parties)

__5/7/07__
Date

__318931__
BAR IDENTIFICATION

_(Signature)_
Signature

Isabelle M. Thabault
Print Name

11 Dupont Cirlce, NW
Address

Washington, D.C.    20036
City   State   Zip Code

202.319.1000 ext. 106
Phone Number