IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>_____ ) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

### ERRATA TO DEFENDANTS' ORAL ARGUMENT ON MAY 8, 2007

Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post"), by undersigned counsel, respectfully submit this correction to Post's Oral Argument at the Preliminary Injunction Hearing on May 8, 2007. In discussing Post's irreparable harm, Post's counsel misspoke regarding the gross sales price of Post's pending condominium contract sales. *See* Hearing Transcript at 23, line 10. The correct number for the gross sales price is "in excess of $55 million."

Respectfully submitted,
HOLLAND & KNIGHT, LLP
 /s/ Christopher B. Hanback
Christopher B. Hanback (Bar # 232579)
Alan I. Baron (Bar. # 340273)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: alan.baron@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Post Properties, Inc., et al.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Errata was served by electronic filing and via first-class mail, postage prepaid, this 15th day of May, 2007, on the following:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback