## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| **POST PROPERTIES, INC.** et al., | ) | Case No. 1:06CV01991 |
| | ) | Judge Richard Leon |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION TO DEFENDANTS

Plaintiff the Equal Rights Center, by its attorneys, requests that Defendants Post Properties, Inc., Post Apartment Homes L.P. and Post GP Holdings, Inc. (collectively "Post"), pursuant to F.R.Civ.P. 30(b)(6), designate officers, directors, managing agents and/or others who consent to testify on their behalf to appear for a deposition to be held beginning July 16, 2007 at 10:00 a.m., and continuing from day to day until completed, at the offices of Jorden Burt LLP., 1025 Thomas Jefferson Street, N.W., Suite 400 East, Washington, D.C. 20007.  Said designee(s) will be requested to testify with respect to the following topics using the definitions stated below:

### Definitions

As used in this Notice, the terms listed below are defined as follows:

1. "Document" or "documents" means any writings of any kind, printed, typewritten, recorded or graphic matter, electronic media, photographic matter or sound recordings, including originals, and all non-identical copies (whether different from the originals by reason of any notation made on such copies or otherwise), including, but not limited to, correspondence, envelopes, e-mail, chat room notes or comments, blogs, newspaper and magazine articles, memoranda, notes, desk calendars, diaries, statistics, letters, telegrams,

minutes, contracts, reports, studies, checks, invoices, statements, receipts, returns, warranties, guaranties, summaries, pamphlets, books, prospectuses, interoffice and intraoffice communications, offers, notations of any sort of conversations, telephone calls, meetings, or other communications of which a record exists, bulletins, magazines, publications, printed matter, photographs, computer printouts or other electronic data compilations, teletypes, facsimiles, cables, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, tapes, tape recordings, transcripts, graphic or oral records or representations of any kind, and all items identified as "writings and recordings" in Fed. R. Evid. 1001(1) or as photographs in Fed. R. Evid. 1001(2), which are now or were formerly in your actual or constructive possession, custody or control.

     2.     "Possession, custody or control" includes possession, custody or control not only by the person to whom these document requests are addressed, but also the possession, custody or control of any other person acting or purporting to act on your behalf, whether an employee, partner, attorney (unless privileged), accountant, agent, representative or otherwise.

     3.     "Subject Properties" means the apartment and/or condominium complexes listed on Exhibit A attached hereto.

     4.     "Identify" and "identity" mean:

     (a)     When used with respect to a natural person, to state his or her full name, present or last known address, present or last known telephone number, and present or last known business position or affiliation. If any of the foregoing information has changed since the times relevant to the allegations in the Complaint, please provide both current information and information as of the times relevant to the allegations in the Complaint; and

      (b)    When used with respect to any other entity, to state its full name, its Washington, DC address, if any, and the address of its principal place of business and its present or last known telephone number(s). Again, if any of the foregoing information has changed since the times relevant to the allegations in the Complaint, please provide both current information and information as of the times relevant to the allegations in the Complaint.

    5.    "Person" includes natural persons, sole proprietorships, partnerships, corporations, firms, associations, or any other private organization or governmental body or agency.

## Topics

    1.    Post's corporate structure, including but not limited to who owns, or at any time has owned, each of the Subject Properties.

    2.    The identity of the persons who participated in the design and/or construction of each of the Subject Properties.

    3.    When each building in each Subject Property was first occupied.

    4.    When Post first acquired each Subject Property.

    5.    With respect to each Subject Property, all post-occupancy construction and retrofit work done at the properties since initial construction, including work that has been done since January 1, 2006 to address accessibility issues, including to bring the property into compliance with the Fair Housing Act Amendments of 1988 (FHAA) or other federal or state accessibility requirements, and when and by whom such steps were taken. (Omit minor repairs and maintenance such as spackling and painting between occupancies, replacement of broken appliances or upgrading HVAC.)

6. The identities of the persons within Post who have been responsible for FHAA and other accessibility compliance from November 1, 2004 to date.

7. The identities of the persons within Post who were responsible for FHAA and other accessibility compliance from March 1, 1991 to October 31, 2004.

8. Whether, when and the identities of the persons (whether inside or outside of Post), from whom Post sought legal advice regarding FHAA and other accessibility compliance.

9. Whether, when and the identities of the persons from whom Post sought advice from outside consultants regarding FHAA and other accessibility compliance by Post.

10. Whether, when and the identities of the persons within Post or outside of Post who discussed, made recommendations, decisions, or took other actions regarding FHAA and other accessibility compliance by Post.

11. The location, organization, approximate volume and the identities of the persons who are custodians of Post's documents that relate or refer to its compliance with the FHAA and other accessibility requirements with respect to each Subject Property.

12. The location, organization, approximate volume and the identities of the persons who are custodians of Post's documents that relate or refer to the design and construction of each of the Subject Properties.

13. Complaints (whether litigation or otherwise) received by Post from March 13, 1991 to date concerning lack of accessibility for the disabled at any of its properties.

14. Identification of all properties first occupied after March 13, 1991 that were sold by Post on or after November 21, 2006, the purchase prices, terms of sale, if any, regarding future accessibility retrofitting at the properties, and the identity of the buyers.

15. Identification of all properties first occupied after March 13, 1991 that Post intends to or has made any effort to sell on or since November 21, 2006, the asking price, if any, terms of sale, if any, regarding future accessibility retrofitting at the properties, and the identity of all persons with whom Post has discussed the sale of such properties (excluding individual prospective purchasers of single condominium units who did not purchase a unit).

16. The identity of all persons to whom Post has given notice of this lawsuit and the form of such notice.

17. Whether Exhibit A is a complete list of all properties designed and/or built by Post and first occupied after March 13, 1991 that were owned by Post as of November 21, 2006. Include properties first occupied since November 21, 2006.

Dated: June 21, 2007

Respectfully submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

Donald L. Kahl
DC Bar #489472
Don_Kahl@washlaw.org
Isabelle M. Thabault
DC Bar #318931
Isabelle_Thabault@washlaw.org
Washington Lawyers'
Committee for Civil Rights and
Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036

- 6 -

        Tel: (202) 319-1000
        Fax: (202) 319-1010

        Attorneys for Plaintiff
        Equal Rights Center

**Exhibit A to Rule 30(b)(6) Deposition Notice**

**District of Columbia:**
Massachusetts Avenue

**Florida:**
Hyde Park
Harbour Place
Harbour Place City Homes
Hyde Park Walk
Parkside
Rocky Point

**Georgia:**
Biltmore
Briarcliff
Brookhaven
Collier Hills
Crest
Crossing
Dunwoody
Gardens
Glen
Lenox Park
Lindbergh
Oak
Oglethorpe
Parkside
Peachtree Hills
Renaissance
Ridge
Riverside
Spring
Stratford
The Vinings

**New York:**
Luminaria
Toscona

**North Carolina:**
Ballentyne
Gateway Place
Park at Phillips Place
Uptown Place

- 8 -

**Texas:**
Abbey
Addison Circle
Cole's Corner
Gallery
Heights
Legacy
Mercer Square Condos
Meridian
Midtown Square
Midtown Tower
Rice Lofts
Square
Uptown Village
Vineyard
Vintage
Wilson Building
Worthington

**Virginia:**
Carlyle Square
Condominiums at Carlyle
Corners
Pentagon Row

- 9 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st of June 2007, a copy of the foregoing ***Notice of Rule 30(b)6) Deposition*** was filed in this Court's ECF system and thus copies will be automatically transmitted to: Christopher B. Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com and Rafe Petersen at rafe.petersen@hklaw.com, Attorneys for Defendants

                                               *Sheila J. Carpenter*
                                               Sheila J. Carpenter