IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post") by undersigned counsel hereby move this honorable Court for a 30 day extension of time to file their Answer. In support of this Unopposed Motion, Post states the following:

Since Post's Motion to Dismiss or in the alternative Motion for Summary Judgment was denied on June 14, 2006, Post has been focusing its energy on ongoing discovery and site inspections performed by Plaintiff at Post's properties. Post now needs more time in order to answer and address the complexity of information that is alleged in the Complaint. Therefore, Posts requests an additional 30 days to Answer the Complaint (the new due date being July 27, 2007).

Plaintiff has consented to Post's requested extension.

2

        Respectfully submitted,
        HOLLAND & KNIGHT, LLP

        __/s/ Christopher B. Hanback_____
        Christopher B. Hanback (Bar # 232579)
        Alan I. Baron (Bar. # 340273)
        Rafe Petersen (Bar # 465542)
        2099 Pennsylvania Avenue, N.W.
        Suite 100
        Washington, D.C. 20006
        (202) 955 3000 Phone
        (202) 955 5564 Fax
        E-mail: christopher.hanback@hklaw.com
        E-mail: alan.baron@hklaw.com
        E-mail: rafe.petersen@hklaw.com
        *Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Extension of Time to Answer Complaint was served by electronic filing this 28th day of June, 2007, on the following:

Sheila Jane Carpenter, Esq.
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007

Donald Lee Kahl, Esq.
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

/s/ Christopher B. Hanback
Christopher B. Hanback

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case. No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC. ) | |
| POST GP HOLDINGS, INC. ) | |
| POST APARTMENT HOMES, L.P. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION OF Defendants' Unopposed Motion for Extension of Time to Answer Complaint, it is by the United States District Court for the District of Columbia, this ____ day of _____ 2007, hereby

ORDERED that Plaintiff's Motion for Extension of Time is GRANTED.

**JUDGE RICHARD J. LEON**

Copies provided to:

Sheila Jane Carpenter, Esq.
Donald Lee Kahl, Esq.
Christopher B. Hanback, Esq.

# 4639672_v1