UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 06cv1991 (RJL) |
| **POST PROPERTIES, INC.,** *et al.*, | ) ) ) | |
| Defendants. | ) | |

<u>**ORDER**</u>
[#27]

For the reasons set forth in the Memorandum Opinion above, it is this ___ day of July, 2007, hereby

**ORDERED** that the plaintiff's Motion for a Preliminary Injunction [#27] is **DENIED**.

**SO ORDERED**.

_____
**RICHARD J. LEON**
**United States District Judge**