AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EQUAL RIGHTS CENTER )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. ) CASE NUMBER 1:06CV01991
POST PROPERTIES, INC., et al. )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elizabeth L. Phelps__ as counsel in this
                            (Attorney's Name)

case for: __Post Properties, Inc.__
            (Name of party or parties)

__08/27/07__
Date

*[signature: Elizabeth L. Phelps]*
Signature

__502026__
BAR IDENTIFICATION

Elizabeth L. Phelps
Print Name

2099 Pennsylvania Ave., N.W.
Address

Washington, DC  20006
City      State      Zip Code

202-663-7273
Phone Number