UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POST PROPERTIES, INC., *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:06CV01991<br>)　Judge Richard J. Leon<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Douglas W. Baruch (D.C. Bar No. 414354) as counsel for plaintiff Equal Rights Center in the above-captioned action.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Douglas W. Baruch
　　　　　　　　　　　　　　　　Douglas W. Baruch (D.C. Bar No. 414354)
　　　　　　　　　　　　　　　　Fried, Frank, Harris, Shriver & Jacobson LLP
　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　Washington, D.C.  20004-2505
　　　　　　　　　　　　　　　　Telephone No.:   202-639-7052
　　　　　　　　　　　　　　　　E-mail address:  Douglas.Baruch@friedfrank.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
Dated:  October 17, 2007　　　　*Equal Rights Center*