UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POST PROPERTIES, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01991<br>Judge Richard J. Leon |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Alyssa C. Lareau (D.C. Bar No. 494881) as counsel for plaintiff Equal Rights Center in the above-captioned action.

Respectfully submitted,

/s/ Alyssa C. Lareau
Alyssa C. Lareau (D.C. Bar No. 494881)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004-2505
Telephone No.:  202-639-7306
E-mail address:  Alyssa.Lareau@friedfrank.com

*Attorney for Plaintiff*
*Equal Rights Center*

Dated:  October 17, 2007