UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>v.<br><br>POST PROPERTIES, INC., *et al*,<br><br>Defendants. | Civil Action No. 06-1991(RJL)(AK) |

## ORDER

Upon consideration of Defendants' Motion to Compel Discovery [59], and for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is this 18th day of October, 2007, hereby

**ORDERED** that Defendants' Motion to Compel answers to interrogatories is **granted in part and denied in part**. Plaintiff is ordered to supplement its responses to Interrogatories ## 3, 6, 7, 10(2), 13, 17-19, and 21 within 10 days of this Order; and it is further

**ORDERED** that Defendants' Motion to Compel the production of documents is **denied without prejudice**; and it is further

**ORDERED** that Defendants' Motion to Compel a reasonable 30(b)(6) deposition date for the deposition of Rebecca Crootof is **denied as moot**.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE