## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **POST PROPERTIES, INC.**, *et al*, <br><br> Defendants. | Civil Action No. 06-1991(RJL)(AK) |

## ORDER

Upon consideration of Plaintiff's Motion to Compel Discovery [69], and for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is this 24th day of January, 2008, hereby

**ORDERED** that ERC's Motion to Compel Discovery is **denied** with respect to Interrogatories Nos. 6-8 and 12-3 and Document Requests No. 4; and it is further

**ORDERED** that ERC's Motion to Compel Discovery is **denied without prejudice** with respect to Document Requests Nos. 6 and 7; and it is further

**ORDERED** that Post produce a privilege log detailing documents that are responsive to Document Requests Nos. 6 and 7 and that Post withheld on the basis of the attorney-client and work product privileges.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE