# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:06-CV-01991 |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC., *et al.*, ) | |
| Defendants. ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff The Equal Rights Center ("ERC") and Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively, "Post") hereby jointly move the Court to amend the October 29, 2007 Scheduling Order ("Scheduling Order") in this case. The grounds for this Motion are as follows:

1. On October 29, 2007, this Court entered a revised Scheduling Order providing the following relevant discovery and pre-trial dates:

    February 29, 2008    completion of fact discovery

    March 17, 2008       expert reports deadline

    May 30, 2008         completion of expert discovery

    June 30, 2008        file dispositive motions

2. Pursuant to this Scheduling Order, the parties have commenced discovery, including written discovery, depositions, and property inspections. The document discovery to date has been voluminous, with Post producing (or in the process of producing) a large number of documents, much of it in Atlanta. The parties have served and responded to interrogatories

and each side has taken some depositions, with many more scheduled in the coming weeks. Some third-party discovery has been taken as well.

3.  The most time-consuming aspect of discovery, and the one which prompts this joint request, is the process of physically inspecting the Post apartment complexes that are at issue in this litigation. At this time, the parties anticipate that the ERC will be inspecting over forty properties located in several different states. In order to accommodate the efficiency and logistics of these inspections, including providing advance and reasonable notice to tenants whose units will be subject to inspection, the parties believe that it would be most efficient to extend the discovery period to allow the scheduling and completion of the inspections and the remaining discovery in an orderly and cooperative manner.

4.  The parties believe that a 60-day extension of the fact discovery period in the Scheduling Order should be sufficient to complete these inspections and remaining discovery. Moreover, because other aspects of remaining discovery and motion practice turn, in some measure, on the completion of the inspections, the parties believe that several associated deadlines should be extended as well. Absent extenuating circumstances, the parties do not anticipate seeking any further extensions.

5.  The parties therefore request that the Court amend the Scheduling Order as follows:

| | |
|---|---|
| April 30, 2008 | completion of fact discovery |
| June 16, 2008 | expert reports are due |
| July 14, 2008 | expert rebuttal reports due |
| August 29, 2008 | completion of expert discovery |
| September 29, 2008 | file dispositive motions |
| October 27, 2008 | oppositions to dispositive motions, and |
| November 10, 2008 | reply memoranda in support of dispositive motions |

WHEREFORE, the parties jointly request that this Consent Motion be granted.

Date: January 30, 2008

Respectfully submitted,

/s/ Douglas W. Baruch
Douglas W. Baruch (D.C. Bar No. 414354)
Alyssa C. Lareau (D.C. Bar No. 494881)
FRIED FRANK HARRIS SHRIVER
  & JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004
Tel:   (202) 639-7000
Fax:   (202) 639-7003
E-mail: douglas.baruch@friedfrank.com

and

Isabelle M. Thabault (D.C. Bar No. 318931)
Donald L. Kahl (D.C. Bar No. 489472)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel:   (202) 319-1000
Fax:   (202) 319-1010
E-mail: Isabelle_Thabault@washlaw.org
         Don_Kahl@washlaw.org

*Attorneys for Plaintiff The Equal Rights Center*

/s/ Christopher B. Hanback
Christopher B. Hanback (D.C. Bar No. 232579)
Rafe Petersen (D.C. Bar No. 465542)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Tel:   (202) 955-3000
Fax:   (202) 955-5564
E-mail: christopher.hanback@hklaw.com

*Attorneys for Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE EQUAL RIGHTS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>POST PROPERTIES, INC., *et al.*,<br><br>Defendants. | Case No. 1:06-CV-01991<br>Judge Richard J. Leon |

### [PROPOSED] ORDER

Upon consideration of the parties' Consent Motion to Amend Scheduling Order, and good cause appearing, it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order in this case is hereby amended as follows:

| | |
|---|---|
| April 30, 2008 | completion of fact discovery |
| June 16, 2008 | expert reports are due |
| July 14, 2008 | expert reports are due |
| August 29, 2008 | completion of expert discovery |
| September 29, 2008 | file dispositive motions |
| October 27, 2008 | oppositions to dispositive motions, and |
| November 10, 2008 | reply memoranda in support of dispositive motions |

Dated: February __, 2008

RICHARD J. LEON
United States District Judge