UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br><br>                    Plaintiff,<br>vs.<br><br>POST PROPERTIES, INC. et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01991<br>) Judge Richard Leon |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Civil Rule 83.6(b), Sheila J. Carpenter hereby withdraws her appearance as attorney for Plaintiff the Equal Rights Center. Plaintiff has consented to this withdrawal as evidenced by the signature of its Executive Director below. Douglas Baruch and Alyssa Lareau of Fried Frank remain as counsel for Plaintiff.

Dated: March 28, 2008

Respectfully submitted,

*Sheila J. Carpenter*
Sheila J. Carpenter
DC Bar #935742
sjc@jordenusa.com
Jorden Burt LLP
1025 Thomas Jefferson St. N.W.
Suite 400 East
Washington, D.C. 20007
Tel: (202) 965-8165
Fax: (202) 965-8104

Attorney for Plaintiff
Equal Rights Center

- 2 -

## CONSENT

I am the Executive Director of the Equal Rights Center, the plaintiff in above-captioned litigation. The Equal Rights Center consents to the withdrawal of Sheila J. Carpenter as our attorney.

Date: March 27, 2008

The Equal Rights Center

By: *Bruce E. Kahn*
Bruce E. Kahn
Executive Director

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th of March 2007, a copy of the foregoing *Notice of Withdrawal* was filed via the electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will send notice of this filing electronically to: Christopher Hanback at christopher.hanback@hklaw.com, Alan I. Baron at alan.baron@hklaw.com, Rafe Petersen at rafe.petersen@hklaw.com, and Elizabeth Phelps at libby.phelps@hklaw.com, counsel for Defendants and to Douglas Baruch at douglas.baruch@friedfrank.com and Alyssa Lareau at alyssa.lareau@friedfrank.com, counsel for Plaintiff.

*Sheila J. Carpenter*
Sheila J. Carpenter