UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01991 |
| ) | |
| **POST PROPERTIES INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff, the Equal Rights Center, respectfully gives notice of the withdrawal of appearance as counsel of record by Donald L. Kahl, Esq., of the Washington Lawyers' Committee for Civil Rights and Urban Affairs. Plaintiff will continue to be represented by the other counsel who have entered appearances on its behalf.

Respectfully submitted,

_____/s/_____
Douglas W. Baruch (D.C. Bar No. 414354)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7000
Fax: (202) 639-7003
Email: douglas.baruch@friedfrank.com

_[signature]_
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
 for Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Telephone #: 202.319.1000
Email: Donald_Kahl@washlaw.org

*Attorneys for Plaintiff*

Date:  April 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of April 2008, a copy of the foregoing Notice of Withdrawal of Counsel was electronically filed using the Court's ECF system, which should cause copies to be serve upon the parties named below:

**Christopher Hanback**
**Rafe Petersen**
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006

_____
Donald Lee Kahl