IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> POST PROPERTIES, INC. ) <br> POST GP HOLDINGS, INC. ) <br> POST APARTMENT HOMES, L.P. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:06CV01991 <br> Judge Richard J. Leon |

## CONSENT MOTION FOR LEAVE TO SEAL

Pursuant to Fed. R. Civ. P. 26(c) and LCvR 5.1(j), Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post") respectfully move the Court to permit the filing under seal of Defendants' Motion to Compel Production of Documents and Deposition Testimony, the accompanying Memorandum of Points and Authorities in Support of the Motion, and all Exhibits to the Motion.

As grounds for this Motion, Defendants state the following:

1. This Court entered a Protective Order on September 24, 2007, which allows the parties to file under seal materials designated as "protected" and confidential by the disclosing party. (Dkt. No. 60.)

2. In Defendants' Motion to Compel and supporting Memorandum, Defendants have referred throughout the entire Motion to documents and deposition testimony that has been designated by Plaintiff ERC as "Protected Material" pursuant to the Protective Order.

3. While Defendants do not agree that the information designated as confidential should be designated as confidential, especially when much of the information has been

disclosed in reports to the United States Department of Housing and Urban Development to secure funding, because Plaintiff's counsel has designated this material as confidential and protected under the September 24, 2007 Protective Order, Defendants request that Defendants' Motion to Compel Production of Documents and Deposition Testimony, the Memorandum of Point and Authorities in Support of the Motion to Compel, and the attached Exhibits be filed with this Court under seal.

    4.    Pursuant to LCvR 7(m), Defendants' counsel conferred with Plaintiff's counsel, and Plaintiff consents to the relief requested.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail: rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via electronic filing this 23rd day of April, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

                                         /s/ Lynn E. Calkins
                                         Lynn E. Calkins

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | ) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**ORDER**

UPON CONSIDERATION OF Defendants' Motion for Leave to File Under Seal, and any opposition thereto, it is by the United States District Court for the District of Columbia, this ____ day of ______ 2008, hereby

ORDERED that Defendants' Motion for Leave to File Under Seal is GRANTED.

______________________________
**JUDGE RICHARD J. LEON**

Copies provided to:

Alyssa Lareau, Esq.
Christopher B. Hanback, Esq.

# 5289110_v1