IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC. ) | |
| POST GP HOLDINGS, INC. ) | |
| POST APARTMENT HOMES, L.P. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Pursuant to LCvR 5.4, Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post"), by undersigned counsel, hereby file Defendants' Motion to Compel Production of Documents and Deposition Testimony and Supporting Memorandum of Points and Authorities. The Motion, Supporting Memorandum, and attached Exhibits are being filed under seal pursuant to the Court's September 24, 2007 Protective Order.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com

                E-mail: lynn.calkins@hklaw.com
                E-mail:  rafe.petersen@hklaw.com
                E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via electronic filing this 23rd day of April, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

                                        /s/ Lynn E. Calkins
                                        Lynn E. Calkins

# 5289273_v1