IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

**ENTRY OF APPEARANCE**

The clerk will please enter the appearance of Lynn E. Calkins with the law firm of Holland & Knight LLP on behalf of Defendants Post Properties, Inc., Post GP Holdings, Inc. and Post Apartment Homes, L.P. in the above-captioned matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP

_/s/ Lynn E. Calkins_
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail: rafe.petersen@hklaw.com
*Counsel for Post Properties, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served first-class mail, postage prepaid, this 23rd day of April, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

_____
Lynn E. Calkins

# 5292339_v1