**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case. No. 1:06CV01991 |
| | ) | Judge Richard J. Leon |
| POST PROPERTIES, INC. | ) | |
| POST GP HOLDINGS, INC. | ) | |
| POST APARTMENT HOMES, L.P. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Equal Rights

Center ("ERC") and Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post

Apartment Homes, L.P. (collectively "Post") hereby jointly move to amend the Court's February

7, 2008 Scheduling Order by extending the due date for Expert Rebuttal Reports by 60 days and

moving all subsequent due dates accordingly. The grounds for this Motion are as follows:

1.      On February 7, 2008, this Court entered a revised Scheduling Order providing the

following relevant discovery and pre-trial dates:

- Expert reports are due on or before 6/16/2008;

- Expert rebuttal reports are due on or before 7/14/2008;

- Expert discovery shall be complete by 8/29/2008;

- Dispositive motions are due on or before 9/29/2008;

- Oppositions to dispositive motions are due on or before 10/27/2008; and

- Reply memoranda in support of dispositive motions are due on or before

  11/10/2008.

2.      The parties will submit expert reports by the June 16, 2008 deadline set by the Court.

3.      Due to the extensive information expected to be included in the expert submissions on June 16th relating to the properties subject to the Complaint, the parties seek a 60-day extension of the expert rebuttal report due date.  This extension will allow both sides to fully examine and response to the expert reports, a task that could not be thoroughly accomplished in only 30 days.

4.      The parties seek a similar extension for all deadlines following the expert rebuttal report deadline and accounting for the winter holidays.

5.      Accordingly, the parties request that the Court amend the Scheduling Order as follows:

- Expert rebuttal reports are due on or before 9/12/2008;

- Expert discovery shall be complete by 10/28/2008;

- Dispositive motions are due on or before 12/5/2008;

- Oppositions to dispositive motions are due on or before 1/7/2008; and

- Reply memoranda in support of dispositive motions are due on or before 1/20/2008.

Respectfully submitted,

| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | HOLLAND & KNIGHT LLP |
|---|---|
| /s/ Alyssa C. Lareau<br>Alyssa C. Lareau (Bar # 494881)<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 639 7000 Phone<br>(202) 639 7003 Fax<br>E-mail: Alyssa.Lareau@friedfrank.com<br><br>*Counsel for Equal Rights Center* | /s/ Elizabeth Phelps<br>Christopher B. Hanback (Bar # 232579)<br>Lynn E. Calkins (Bar # 445854)<br>Rafe Petersen (Bar # 465542)<br>Elizabeth Phelps (Bar # 502026)<br>2099 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006<br>(202) 955 3000 Phone<br>(202) 955 5564 Fax<br>E-mail: christopher.hanback@hklaw.com<br>E-mail: lynn.calkins@hklaw.com<br>E-mail:  rafe.petersen@hklaw.com<br>E-mail: libby.phelps@hklaw.com<br><br>*Counsel for Post Properties, Inc., et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the Court's electronic filing system this 30th day of April, 2008, on the following:


Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004


_/s/ Elizabeth Phelps_____
Elizabeth Phelps

4

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|                                    |   |                          |
|------------------------------------|---|--------------------------|
| EQUAL RIGHTS CENTER                | ) |                          |
|                                    | ) |                          |
| Plaintiff,                         | ) |                          |
|                                    | ) |                          |
| vs.                                | ) | Case. No. 1:06CV01991    |
|                                    | ) | Judge Richard J. Leon    |
| POST PROPERTIES, INC.              | ) |                          |
| POST GP HOLDINGS, INC.             | ) |                          |
| POST APARTMENT HOMES, L.P.         | ) |                          |
|                                    | ) |                          |
| Defendants.                        | ) |                          |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Scheduling Order, and good cause appearing, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order in this case is extended as follows:

- Expert rebuttal reports are due on or before 9/12/2008;

- Expert discovery shall be complete by 10/28/2008;

- Dispositive motions are due on or before 12/5/2008;

- Oppositions to dispositive motions are due on or before 1/7/2009; and

- Reply memoranda in support of dispositive motions are due on or before 1/20/2008.

Dated:  April ___, 2008

_____
RICHARD J. LEON
United States District Court Judge

# 5259906_v2

5