UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
                                          )
EQUAL RIGHTS CENTER,                      )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          Case No. 1:06CV01991
                                          )          Judge Richard J. Leon
POST PROPERTIES, INC., *et al*.,          )
                                          )
          Defendants.                     )
_____  )

**PLAINTIFF THE EQUAL RIGHTS CENTER'S MOTION
TO TAKE THE DEPOSITION OF RTKL ASSOCIATES, INC.
OUTSIDE OF THE DISCOVERY PERIOD**

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, moves this Court for permission to take the deposition of RTKL Associates, Inc. ("RTKL") outside of the discovery period. As set forth below, the ERC properly noticed and served RTKL, a third party witness, with a deposition subpoena requiring RTKL, with more than two weeks notice, to appear for deposition on April 30, 2008, within the discovery period. At the last minute, RTKL's counsel asked the ERC to continue the deposition date beyond April 30 because RTKL was not prepared to furnish its designee on April 30. The ERC then sought the consent of Defendants Post Properties, Inc., Post GP Holdings, Inc. and Post Apartment Homes, LP (collectively "Post") to a short continuance of the RTKL deposition. When Post refused to consent, RTKL's counsel contacted Post's counsel to seek their consent, but Post again refused. Finally, this morning, Post rejected RTKL's written proposal to appear for this deposition during the week of May 5 or May 12 (i.e., as little as five days after the close of discovery) without explanation.

1

Post's position is unreasonable and the Court should grant leave to continue this properly noticed and subpoenaed deposition for the several day period that the third party witness requested. Post provided no justification for its failure to consent, other than the fact discovery cut-off date. Of course, Post ignores the fact that it already has obtained the ERC's consent to take several depositions of its own outside of the discovery period.

Post would suffer no prejudice from the grant of this Motion and is merely engaging in gamesmanship in an effort to thwart legitimate ERC discovery. The ERC has no choice but to seek the Court's permission for this short extension of the discovery period to accommodate the reasonable request of the third party witness.[1] The ERC therefore requests the Court to grant this Motion.

In further support of this Motion, the ERC states the following:

1.      On April 15, 2008, the ERC issued a subpoena to RTKL to appear for a deposition at the offices of Fried, Frank, Harris, Shriver & Jacobson LLP on April 30, 2008 at 9:00 a.m. The return date on the subpoena was within the fact discovery period. The subpoena was served on April 16, 2008, two weeks prior to the scheduled deposition date. *See* Declaration of Alyssa C. Lareau ¶ 2.

2.      On April 28, 2008, counsel for RTKL notified counsel for the ERC that RTKL was not able to provide a designee to testify on April 30, but was prepared to provide a designee at a subsequent time. Counsel for RTKL confirmed that position in an email sent on April 29, 2008. *Id*. at ¶ 3.

3.      Fact discovery in this action is scheduled to completed by April 30, 2008.

---

[1]      Pursuant to Local Rule 7(m), counsel for ERC conferred with counsel for Post in a good faith effort to resolve this issue, but counsel for Post indicated that Post opposes the relief sought in this motion.

4.      On April 29, Counsel for the ERC notified counsel for RTKL that the ERC was amenable to accommodating RTKL's request to take the deposition outside of the time allotted for fact discovery, and ERC counsel attempted to obtain consent from counsel for Post. However, without explanation, Post's counsel indicated that it would not consent to deposing RTKL outside of the fact discovery period.  *See* Lareau Declaration ¶¶ 4-7.

5.      The ERC filed this lawsuit on November 21, 2006, alleging that Post has failed to comply with the accessibility requirements of the Fair Housing Act ("FHA") and Americans with Disabilities Act ("ADA") in the design and construction of its multi-family housing developments.

6.      In discovery, Post witnesses have asserted that Post relies upon third party architects to design its multi-family housing developments in a manner that complies with the accessibility requirements of the FHA and ADA.  In turn, in response to these assertions, the ERC has sought discovery from Post's (third party) architects concerning accessibility issues pertaining to the properties they designed for Post that are at issue in this litigation.

7.      It is undisputed that RTKL designed multiple Post properties in different geographical locations since the accessibility provisions of the Fair Housing Act took effect on March 13, 1991.  The ERC therefore subpoenaed RTKL to provide relevant documents and deposition testimony pertaining to these issues.  RTKL has interposed no objections to the subpoena based on its scope or relevance of the data sought.

8.      Post will not suffer prejudice if the ERC is permitted to depose RTKL after the discovery period because Post has had equal access to the documents produced by RTKL in

response to an earlier ERC subpoena.[2]  In addition, the ERC has agreed to permit Post to take

two depositions, those of ERC employee Rebecca Crootof and ERC's 30(b)(6) witness Donald

Kahl, in May, *after* fact discovery has closed.

9.    The RTKL request for a short continuance of its obligations under the subpoena is

reasonable and appropriate.  The ERC is prepared to accommodate RTKL's request, but Post

refuses to do so even though Post itself is taking two depositions outside of the discovery period.

Under these circumstances, there is good cause for the brief extension.  The ERC properly

noticed and subpoenaed RTKL within the discovery period and the ERC would suffer prejudice

if it were deprived of this discovery from a willing third party witness.  Post has no legitimate

excuse for refusing to consent and would not suffer any prejudice if the deposition is allowed.

Therefore, this Court should grant this Motion and allow the ERC to depose RTKL on the first

mutually agreeable date after April 30, 2008.

A Proposed Order is attached hereto.


Dated: April 30, 2008                    Respectfully submitted,

                                          /s/ Alyssa C. Lareau
                                         Alyssa C. Lareau (DC Bar No. 494881)
                                         Douglas W. Baruch (DC Bar No. 414354)
                                         Fried, Frank, Harris, Shriver & Jacobson LLP
                                         1001 Pennsylvania Avenue, N.W.
                                         Suite 800
                                         Washington, D.C.  20004-2505
                                         Telephone No.:  202-639-7052

---

[2]    The ERC served a subpoena on RTKL on September 27, 2007, seeking certain documents related to RTKL's work on Post properties.  RTKL is still in the process of gathering documents responsive to that subpoena, but has agreed to produce the documents prior to any deposition occurring.  As documents are ready for production, they have been produced to the ERC at RTKL's offices in Baltimore, MD.  Post has had equal access to the documents made available in Baltimore, but has chosen not to review any of the documents produced to date.

E-mail address:  Alyssa.Lareau@friedfrank.com
E-mail address:  Douglas.Baruch@friedfrank.com

Isabelle M. Thabault (DC Bar No. 18931)
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle
Suite 400
Washington, DC 20036
Telephone No.:  202-319-1000
E-mail address:  Isabelle_Thabault@washlaw.org

*Attorneys for Plaintiff*
*Equal Rights Center*

## **Rule 37 Certification**

I hereby certify that counsel for ERC has in good faith conferred or attempted to confer

with counsel for Post to secure a resolution of this matter without court order.


Dated:  April 30, 2008              __/s/ Alyssa C. Lareau_____
                                        Alyssa C. Lareau

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of April 2008, a copy of the foregoing Plaintiff the

Equal Rights Center's Motion to Take the Deposition of RTKL Associates, Inc. Outside of the

Discovery Period was served via the Court's electronic case filing system on:

> Rafe Petersen
> HOLLAND & KNIGHT LLP
> 2099 Pennsylvania Ave., N.W.
> Suite 100
> Washington, D.C. 20006
> *Attorney for Defendants*

In addition, I certify that a copy of the foregoing Motion was served via first class mail,

postage prepaid, on:

> Patrick Attridge
> King & Attridge
> 39 W. Mongomery Ave.
> Rockville, MD 20850
> *Attorney for RTKL*

> _/s/ Alyssa C. Lareau_
> Alyssa C. Lareau

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV01991 |
| | ) Judge Richard J. Leon |
| POST PROPERTIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ALYSSA C. LAREAU IN SUPPORT OF PLAINTIFF THE EQUAL RIGHTS CENTER'S MOTION TO TAKE THE DEPOSITION OF RTKL ASSOCIATES, INC. <u>OUTSIDE OF THE DISCOVERY PERIOD</u>

I, Alyssa C. Lareau, have personal knowledge and am competent to testify to the facts set forth herein. I affirm the following to be true:

1.      I am an associate at the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP. Fried Frank represents the Equal Rights Center ("ERC") in this action against Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, LP (collectively "Post"). I offer this Declaration in support of Plaintiff's Motion to Take the Deposition of RTKL Associates, Inc. Outside of the Discovery Period.

2.      On April 15, 2008, the ERC issued a subpoena to RTKL Associates, Inc. ("RTKL"), a third party to this litigation, to appear for a deposition at Fried Frank's offices on April 30, 2008 at 9:00 a.m., to be examined about matters of relevance to this case, including architectural work RTKL performed for Post with respect to the multi-family housing properties at issues in this Litigation. *See* Exhibit A to Lareau Declaration. I received notification from the

1

process server that the subpoena was served on RTKL on April 16, 2008. *See* Exhibit B to Lareau Declaration.

       3.      On April 28, 2008, I received a voicemail message from Patrick Attridge, counsel for RTKL, notifying me that RTKL was not able to produce a designee on April 30, but representing that RTKL was prepared to produce a corporate designee for deposition at a later date. Mr. Attridge explained that RTKL needed further time to produce documents responsive to a prior subpoena from the ERC and to determine the designees necessary to testify about the various properties RTKL designed for Post. This information was confirmed in an email I received from Mr. Attridge on April 29, 2008. *See* Exhibit C to Lareau Declaration.

       4.      I spoke with counsel for Post (Lynn Calkins and Libby Phelps) on April 29, 2008, informed them that RTKL's counsel stated that RTKL could not appear for deposition as noticed and subpoenaed on April 30, that RTKL was prepared to comply with the subpoena shortly after April 30, and informed them that the ERC was willing to take RTKL's deposition after the discovery period closed. Post's counsel, without further explanation, advised me that they would not consent to a deposition of RTKL outside of the discovery period.

       5.      I spoke with Mr. Attridge on April 29, 2008 and informed him that the ERC consented to move the RTKL deposition shortly after April 30, but that Post refused to consent. Mr. Attridge informed me that he would speak with Post's counsel directly to attempt to get them to consent to a deposition outside of the discovery period. Mr. Attridge subsequently informed me that Post would still not consent.

       6.      Later that same day, Mr. Attridge confirmed in an email sent to both me and Rafe Petersen, counsel for Post, that RTKL would not be appearing for deposition on April 30, but

was prepared to produce a designee during the week of either May 5 or May 12. *See* Exhibit D to Lareau Declaration.

7.       In light of the email from Mr. Attridge, I wrote to Mr. Petersen to ascertain whether Post would consent to this short continuance of the RTKL deposition pursuant to the dates proposed by Mr. Attridge, but Mr. Peterson again stated that Post refused to consent. *See* Exhibit E to Lareau Declaration.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2008

Alyssa C. Lareau

Alyssa C. Lareau

# EXHIBIT A

Issued by the

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

Equal Rights Center

V.

Post Properties, Inc., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   1:06CV01991

TO:  RTKL Associates Inc.
     1250 Connecticut Avenue, NW
     Suite 400
     Washington, D.C. 20036

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.   (The deposition will be taken by stenographic means.   Please see Attachment A for a list of topics to be covered at the deposition.)

| PLACE OF DEPOSITION  Fried, Frank, Harris, Shriver & Jacobson LLP | DATE AND TIME |
|---|---|
| 1001 Pennsylvania Ave., NW, Washington, DC 20004 | 4/30/2008 9:00 am |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.   Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Alyssa Lareau* (attorney for plaintiff) | 4/15/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Alyssa Lareau, Esq., Fried. Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW, Washington, DC 20004   (202) 639-7306

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## ATTACHMENT A

### Definitions

1.    "Covered multifamily dwellings" has the meaning set forth in subsection 804(f)(7) of the Fair Housing Act, 42 U.S.C. § 3604(f)(7).

2.    "Document" or "documents" means any written or graphic matter or recording or other means of preserving thought or expression, including records maintained on computers (memoranda, emails, reports, etc.) and/or audio or videotape, and all tangible things from which information can be processed or transcribed, and all copies containing any additional matter, however produced or reproduced, of any kind and description, in your actual or constructive possession, custody, care or control, including, but not limited to, correspondence, facsimiles, memoranda, notes, messages, letters, telegrams, teletype messages, emails, calendars, bulletins, diaries, chronological data, minutes, books, reports, charts, ledgers, invoices, worksheets, receipts, computer printouts, manuals, guidelines, rules, protocols, newspaper or magazine articles, affidavits, contacts, transcripts, surveys, photographs, graphs, microfilms, videotapes, tape recordings, motion pictures or other films, and any other "documents" as defined in Rule 34 of the Federal Rules of Civil Procedure.

3.    "Post" means Post Properties, Inc., Post GP Holdings, LP, and Post Apartment Homes, LP and all persons acting or purporting to act on their behalf, including their former or current employees, agents, representatives, officers, directors, affiliates, predecessors and successors-in-interest, assigns, parent companies, divisions, subsidiaries, area and regional offices, attorneys, architects and accountants.

4.    "Subject Properties" means all covered multifamily dwellings that you designed and/or supervised the construction of for Post since January 1, 1991.

1

5.      "You," "your," or "RTKL" means RTKL Associates, Inc., any affiliate thereof and any person or entity acting on its behalf.

## Topics

1.      Authentication of documents bates numbered RTKL000001 - RTKL000884, which were copied by ERC from documents produced by RTKL in response to ERC's subpoena in the above captioned case, dated September 27, 2007, including, whether such documents constitute memoranda, reports, records or data compilations of acts, events, conditions, opinions, or diagnoses, made at or near the time by, or from information transmitted by, a person with knowledge, that were kept in the course of a regularly conducted business activity, and whether it was the regular practice of that business activity to make the memoranda, reports, records or data compilations.

2.      The process used and searches conducted to produce documents in response to ERC's subpoena in the above captioned case, dated September 27, 2007, including the actions of any document custodians designated by RTKL for purposes of searching and producing responsive documents.

3.      The extent and character of your involvement in the design and construction of each Subject Property.

4.      The extent and character of Post's involvement in the design and construction of each Subject Property.

5.      The procedures used by you, including guidelines or standards referenced, to ensure that Subject Properties were accessible for persons with disabilities.

6.      Any instances of the use of same or similar designs or plans in multiple Subject Properties.

2

# EXHIBIT B

Equal Rights Center

         )
         )
     **Plaintiff**   )
         )  Case No.: 1:06cv01991
    **v.**     )
         )
Post Propertoes, Inc., et al.  )
         )
         )
    **Defendant(s)**  )
         )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Deposition Subpoena and Attachment A on RTKL Associates, Inc. in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 16, 2008 at 3:25 PM, I served the within Deposition Subpoena and Attachment A on RTKL Associates, Inc. at 1250 Connecticut Avenue, NW, Suite 400, Washington, DC 20036 by serving Dennis G. Gaffney, Vice President, authorized to accept. Described herein:

Gender: Male  Race/Skin: White  Hair: Gray  Age: 48  Height: 6'0"  Weight: 175

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

          _Wesley Jennings_
          Wesley Jennings
          CAPITOL PROCESS SERVICES, INC.
          1827 18th Street, NW
          Washington, DC 20009-5526
          (202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___18th___ day of ___April___, 2008.

_Nicole G. Davis_
Notary Public       My Commission Expires:
         Nicole G. Davis
         Notary Public, District of Columbia
         My Commission Expires 01-14-2009

ID: 08-000732

# EXHIBIT C

**Lareau, Alyssa**

---

**From:** Patrick James Attridge [pjattridge@kingattridge.com]
**Sent:** Tuesday, April 29, 2008 3:43 PM
**To:** Lareau, Alyssa
**Cc:** Miriam Lederer; libby.phelps@hklaw.com
**Subject:** Re: ERC v. Post Properties - RTKL Deposition

Alyssa: per my voicemail yesterday, I would like to re-schedule the RTKL deposition to a date after we complete the document production for the other projects. We may have to produce different designees for the projects. I would like to work with you and Post Properties' attorney to develop a schedule for production of the project files and designee depositions. Please contact me. Thanks, Pat Attridge

Patrick James Attridge
King & Attridge
39 W. Montgomery Ave
Rockville, Md. 20850
Tel: 301-279-0780
Fax: 301-279-2988

*******************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of King & Attridge. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail or by e-mail to pjattridge@kingattridge.com, and destroy this communication and all copies thereof, including all attachments. Thank you.
*******************************************************

On 4/26/2008 5:44 PM, Lareau, Alyssa wrote:

Mr. Attridge:

I wanted to follow up on the subpoena that was served on your client RTKL to appear for a deposition at my firm on April 30, 2008 at 9 am and to confirm whether your client intends to attend. In addition, I wanted to follow up on your client providing us with the documents for the remaining RTKL designed Post buildings that were the subject of our original subpoena (you have already provided us with the largest project, Pentagon Row):

Post Abbey
Post Addison circle
Post Biltmore
Post Coles Corner
Post Gallery
Post Harbour Place (FL)
Post Heights
Post Legacy
Post Midtown square

Post Uptown village (TX)
Rise Condos

Thanks,
Alyssa

---

**From:** Raimondo, Katherine
**Sent:** Friday, April 11, 2008 3:10 PM
**To:** 'pjattridge@kingattridge.com'
**Subject:** ERC v. Post Properties - RTKL Deposition

Mr. Attridge:

I am one of the attorneys representing the Equal Rights Center in its lawsuit against Post Properties.  The ERC plans to subpoena your client, RTKL Associates, for a deposition, and I was wondering if you would accept service of the subpoena on your client's behalf.  In addition, we are amenable to working with you on an acceptable deposition date, and at this time propose either April 24 or April 28.  Please let me know which of those dates would be preferable for your client.

Thank you.

Katherine A. Raimondo*
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Phone:  (202) 639-7392
Fax:  (202) 639-7003
*Admitted only in Pennsylvania; supervised by principals of the firm

---

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

# EXHIBIT D

## Lareau, Alyssa

**From:** Patrick James Attridge [pjattridge@kingattridge.com]
**Sent:** Tuesday, April 29, 2008 7:29 PM
**To:** Lareau, Alyssa; rafe.petersen@hklaw.com
**Subject:** Re: ERC v. Post Properties - RTKL Deposition

Per my t/c's with each of you today, RTKL is not able to provide a witness tomorrow to testify regarding the topics set forth in the 30(b)(6) deposition notice. RTKL is able to produce a designee for the Pentagon Row project at a mutually agreeable date during the week of May 5 or May 12.

Patrick James Attridge
King & Attridge
39 W. Montgomery Ave
Rockville, Md. 20850
Tel: 301-279-0780
Fax: 301-279-2988

*****************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of King & Attridge. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail or by e-mail to pjattridge@kingattridge.com, and destroy this communication and all copies thereof, including all attachments. Thank you.
*****************************************************

On 4/29/2008 4:36 PM, Lareau, Alyssa wrote:

Mr Attridge:

I am sorry for the delay responding but we (the ERCs attorneys) just learned from Posts at

Alyssa

----- Original Message -----
From: Patrick James Attridge <pjattridge@kingattridge.com>
To: Lareau, Alyssa
Cc: Miriam Lederer <Miriam_Lederer@washlaw.org>; libby.phelps@hklaw.com <libby.phelps@hkla
Sent: Tue Apr 29 15:42:37 2008
Subject: Re: ERC v. Post Properties - RTKL Deposition

Alyssa: per my voicemail yesterday, I would like to re-schedule the RTKL deposition to a d

Patrick James Attridge

King & Attridge
39 W. Montgomery Ave
Rockville, Md. 20850
Tel: 301-279-0780
Fax: 301-279-2988

**************************************************
The information contained in this communication is confidential, may be attorney-client pr
**************************************************


On 4/26/2008 5:44 PM, Lareau, Alyssa wrote:

    Mr. Attridge:

    I wanted to follow up on the subpoena that was served on your client RTKL to appea

    Post Abbey
    Post Addison circle
    Post Biltmore
    Post Coles Corner
    Post Gallery
    Post Harbour Place (FL)
    Post Heights
    Post Legacy
    Post Midtown square
    Post Uptown village (TX)
    Rise Condos

    Thanks,
    Alyssa

---

From:     Raimondo, Katherine
Sent:     Friday, April 11, 2008 3:10 PM
To:       'pjattridge@kingattridge.com'
Subject:        ERC v. Post Properties - RTKL Deposition

Mr. Attridge:

I am one of the attorneys representing the Equal Rights Center in its lawsuit agai

Thank you.

Katherine A. Raimondo*
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Phone:  (202) 639-7392
Fax:    (202) 639-7003
*Admitted only in Pennsylvania; supervised by principals of the firm

---

Confidentiality Notice: The information contained in this e-mail and any attachmen

---

Confidentiality Notice: The information contained in this e-mail and any attachments may b

# EXHIBIT E

**Lareau, Alyssa**

| | |
|---|---|
| **From:** | rafe.petersen@hklaw.com |
| **Sent:** | Wednesday, April 30, 2008 4:06 AM |
| **To:** | Lareau, Alyssa |
| **Subject:** | Re: ERC v. Post Properties - RTKL Deposition |

Yes.
Rafe Petersen
Holland + Knight
202-419-2481


----- Original Message -----
From: Lareau, Alyssa <Alyssa.Lareau@friedfrank.com>
To: Petersen, Rafe (WAS - X72481)
Sent: Tue Apr 29 22:36:03 2008
Subject: Fw: ERC v. Post Properties - RTKL Deposition

Rafe:

Just to confirm in light of this email, you still intend to oppose the scheduling Pat
proposes.

Alyssa




----- Original Message -----
From: Patrick James Attridge <pjattridge@kingattridge.com>
To: Lareau, Alyssa; rafe.petersen@hklaw.com <rafe.petersen@hklaw.com>
Sent: Tue Apr 29 19:29:01 2008
Subject: Re: ERC v. Post Properties - RTKL Deposition

Per my t/c's with each of you today, RTKL is not able to provide a witness tomorrow to
testify regarding the topics set forth in the 30(b)(6) deposition notice. RTKL is able to
produce a designee for the Pentagon Row project at a mutually agreeable date during the
week of May 5 or May 12.


Patrick James Attridge
King & Attridge
39 W. Montgomery Ave
Rockville, Md. 20850
Tel: 301-279-0780
Fax: 301-279-2988


*****************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, and is intended only for the use of the addressee. It is the property of King
& Attridge. Unauthorized use, disclosure or copying of this communication or any part
thereof is strictly prohibited and may be unlawful. If you have received this
communication in error, please notify me immediately by return e-mail or by e-mail to
pjattridge@kingattridge.com, and destroy this communication and all copies thereof,
including all attachments. Thank you.
*****************************************************


On 4/29/2008 4:36 PM, Lareau, Alyssa wrote:

    Mr Attridge:

I am sorry for the delay responding but we (the ERCs attorneys) just learned from Posts attorneys that they would not consent to your request to schedule the depo at a more convenient time (we have no problem with your request). I am currently trying to reach my supervisor Doug Baruch to figure out the next step and will call you as soon as I am able to speak with him.

　　　Alyssa


　　　----- Original Message -----
　　　From: Patrick James Attridge <pjattridge@kingattridge.com>
<mailto:pjattridge@kingattridge.com>
　　　To: Lareau, Alyssa
　　　Cc: Miriam Lederer <Miriam_Lederer@washlaw.org> <mailto:Miriam_Lederer@washlaw.org>
; libby.phelps@hklaw.com <libby.phelps@hklaw.com> <mailto:libby.phelps@hklaw.com>
　　　Sent: Tue Apr 29 15:42:37 2008
　　　Subject: Re: ERC v. Post Properties - RTKL Deposition

Alyssa: per my voicemail yesterday, I would like to re-schedule the RTKL deposition to a date after we complete the document production for the other projects. We may have to produce different designees for the projects. I would like to work with you and Post Properties' attorney to develop a schedule for production of the project files and designee depositions. Please contact me. Thanks, Pat Attridge


　　　Patrick James Attridge
　　　King & Attridge
　　　39 W. Montgomery Ave
　　　Rockville, Md. 20850
　　　Tel: 301-279-0780
　　　Fax: 301-279-2988

　　　******************************************************
　　　The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of King & Attridge. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail or by e-mail to pjattridge@kingattridge.com, and destroy this communication and all copies thereof, including all attachments. Thank you.
　　　******************************************************


　　　On 4/26/2008 5:44 PM, Lareau, Alyssa wrote:

　　　　Mr. Attridge:

　　　　I wanted to follow up on the subpoena that was served on your client RTKL to appear for a deposition at my firm on April 30, 2008 at 9 am and to confirm whether your client intends to attend. In addition, I wanted to follow up on your client providing us with the documents for the remaining RTKL designed Post buildings that were the subject of our original subpoena (you have already provided us with the largest project, Pentagon Row):

　　　　　Post Abbey
　　　　　Post Addison circle
　　　　　Post Biltmore
　　　　　Post Coles Corner
　　　　　Post Gallery
　　　　　Post Harbour Place (FL)

Post Heights
Post Legacy
Post Midtown square
Post Uptown village (TX)
Rise Condos

Thanks,
Alyssa

---

From:       Raimondo, Katherine
Sent:       Friday, April 11, 2008 3:10 PM
To:         'pjattridge@kingattridge.com'
Subject:    ERC v. Post Properties - RTKL Deposition

Mr. Attridge:

I am one of the attorneys representing the Equal Rights Center in its lawsuit against Post Properties.  The ERC plans to subpoena your client, RTKL Associates, for a deposition, and I was wondering if you would accept service of the subpoena on your client's behalf.  In addition, we are amenable to working with you on an acceptable deposition date, and at this time propose either April 24 or April 28.  Please let me know which of those dates would be preferable for your client.

Thank you.

Katherine A. Raimondo*
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Phone:  (202) 639-7392
Fax:  (202) 639-7003
*Admitted only in Pennsylvania; supervised by principals of the firm

---

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

---

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any  attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

---

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any  attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| ) | |
| EQUAL RIGHTS CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Take the Deposition of RTKL

Associates, Inc. Outside of the Discovery Period, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion to Take the Deposition of RTKL Associates, Inc.

Outside of the Discovery Period is GRANTED.


_____

Judge Richard J. Leon


Date: _____

1