UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| **POST PROPERTIES, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.1(j), Plaintiff the Equal Rights Center ("ERC"), by its attorneys, hereby moves the Court to permit the filing under seal of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Compel Production of Documents and Deposition Testimony and all Exhibits attached thereto.

In support of this motion, Plaintiff states the following:

1. The Court entered a Protective Order in this case on September 24, 2007 which allows parties to file under seal papers containing "Protected Material," as designated by the disclosing party. (Dkt. No. 60.)

2. Throughout Plaintiff's Opposition to Defendants' Motion to Compel Production of Documents and Deposition Testimony, Plaintiff refers to Protected Material and attaches such Protected Material as Exhibits to its Opposition. Because of this, Plaintiff requests that its Opposition and all attached Exhibits be filed with this Court under seal.

3. Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule 7(m), and Defendants consent to the relief requested.

Dated: May 7, 2008 Respectfully submitted,

  /s/ Alyssa C. Lareau
Alyssa C. Lareau (DC Bar No. 494881)
Douglas W. Baruch (DC Bar No. 414354)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505
Telephone No.: 202-639-7052
E-mail address: Douglas.Baruch@friedfrank.com
E-mail address: Alyssa.Lareau@friedfrank.com

Isabelle M. Thabault
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle
Suite 400
Washington, DC 20036
Telephone No.: 202-319-1000
E-mail address: Isabelle_Thabault@washlaw.org

*Attorneys for Plaintiff*
*Equal Rights Center*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of May 2008, a copy of the foregoing Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion to Compel Under Seal was served via the Court's electronic case filing system to:

>Rafe Petersen
>HOLLAND & KNIGHT LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C. 20006
>*Attorney for Defendants*

>       /s/ Alyssa C. Lareau
>            Alyssa C. Lareau