UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| **POST PROPERTIES, INC.,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

### CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL OUT OF TIME

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, hereby moves the Court to permit the filing of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Compel Production of Documents and Deposition Testimony out of time.

In support of this motion, Plaintiff states the following:

1. The Court entered a Minute Order in this case on May 7, 2008 granting Plaintiff's Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion to Compel Under Seal.

2. Due to a clerical error made by staff at Plaintiff's counsel's office, the Clerk's Office would not accept Plaintiff's Opposition for filing.

3. Therefore, Plaintiff respectfully requests that the Court permit it to properly file its Opposition one day late.

4. Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule 7(m), and Defendants consent to the relief requested.

Dated: May 7, 2008             Respectfully submitted,

    /s/ Alyssa C. Lareau
Alyssa C. Lareau (DC Bar No. 494881)
Douglas W. Baruch (DC Bar No. 414354)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004-2505
Telephone No.:   202-639-7052
E-mail address:  Douglas.Baruch@friedfrank.com
E-mail address:  Alyssa.Lareau@friedfrank.com

Isabelle M. Thabault
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle
Suite 400
Washington, DC 20036
Telephone No.:  202-319-1000
E-mail address:  Isabelle_Thabault@washlaw.org

*Attorneys for Plaintiff*
*Equal Rights Center*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01991 |
| ) | Judge Richard J. Leon |
| **POST PROPERTIES, INC.**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion to Compel Out of Time, and for good cause shown, it is hereby

ORDERED that Plaintiff's Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion to Compel Out of Time is GRANTED.

_____
Magistrate Judge Alan Kay

Date: _____

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of May 2008, a copy of the foregoing Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion to Compel Out of Time was served via the Court's electronic case filing system to:

>Rafe Petersen
>HOLLAND & KNIGHT LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C. 20006
>*Attorney for Defendants*

>    /s/ Alyssa C. Lareau
>    Alyssa C. Lareau