UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**EQUAL RIGHTS CENTER,**                             )
                                                    )
          **Plaintiff,**                            )
                                                    )
          **v.**                                    )          **Case No. 1:06CV01991**
                                                    )          **Judge Richard J. Leon**
**POST PROPERTIES, INC.,** *et al.*,                )
                                                    )
          **Defendants.**                           )
_____)

### CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO EXCEED DURATION FOR DEPOSITION OF REBECCA CROOTOF UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.1(j), Plaintiff the

Equal Rights Center ("ERC"), by its attorneys, hereby moves the Court to permit the filing under

seal of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion

for Leave to Exceed Duration for Deposition of Rebecca Crootof and all Exhibits attached

thereto.

In support of this motion, Plaintiff states the following:

1.      The Court entered a Protective Order in this case on September 24, 2007 which

allows parties to file under seal papers containing "Protected Material," as designated by the

disclosing party.  (Dkt. No. 60.)

2.      Throughout Plaintiff's Opposition to Defendants' Motion for Leave to Exceed

Duration for Deposition of Rebecca Crootof, Plaintiff refers to Protected Material and attaches

such Protected Material as Exhibits to its Opposition.  Because of this, Plaintiff requests that its

Opposition and all attached Exhibits be filed with this Court under seal.

3. Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule 7(m), and Defendants consent to the relief requested. Defendants' consent to this Motion does not constitute a waiver of any arguments regarding the confidentiality of these documents.

Dated: May 14, 2008                    Respectfully submitted,


                                       _/s/ Alyssa C. Lareau_____
                                       Alyssa C. Lareau (DC Bar No. 494881)
                                       Douglas W. Baruch (DC Bar No. 414354)
                                       Fried, Frank, Harris, Shriver & Jacobson LLP
                                       1001 Pennsylvania Avenue, N.W.
                                       Suite 800
                                       Washington, D.C.  20004-2505
                                       Telephone No.:  202-639-7052
                                       E-mail address:  Douglas.Baruch@friedfrank.com
                                       E-mail address:  Alyssa.Lareau@friedfrank.com

                                       Isabelle M. Thabault
                                       Washington Lawyers' Committee
                                       for Civil Rights and Urban Affairs
                                       11 Dupont Circle
                                       Suite 400
                                       Washington, DC 20036
                                       Telephone No.:  202-319-1000
                                       E-mail address:  Isabelle_Thabault@washlaw.org

                                       *Attorneys for Plaintiff*
                                       *Equal Rights Center*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 14th day of May 2008, a copy of the foregoing Consent

Motion for Leave to File Plaintiff's Opposition to Defendants' Motion for Leave to Exceed

Duration for Deposition of Rebecca Crootof Under Seal was served via the Court's electronic

case filing system to:


Rafe Petersen
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
*Attorney for Defendants*


_____/s/ Alyssa C. Lareau_____
Alyssa C. Lareau

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
                                                                    )
EQUAL RIGHTS CENTER,                          )
                                                                    )
                    Plaintiff,                               )
                                                                    )
          v.                                                    )          Case No. 1:06CV01991
                                                                    )          Judge Richard J. Leon
POST PROPERTIES, INC., *et al*.,              )
                                                                    )
                    Defendants.                         )
_____)

### ORDER

          UPON CONSIDERATION of the Consent Motion for Leave to File Plaintiff's

Opposition to Defendants' Motion for Leave to Exceed Duration for Deposition of Rebecca

Crootof Under Seal, and for good cause shown, it is hereby

          ORDERED that the Consent Motion for Leave to File Plaintiff's Opposition to

Defendants' Motion for Leave to Exceed Duration for Deposition of Rebecca Crootof Under

Seal is GRANTED.


                                                                    _____
                                                                    Judge Richard J. Leon


Date: _____


1