IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01991<br>Judge Richard J. Leon |

**NOTICE OF FILING**

Pursuant to LCvR 5.4, Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P., by undersigned counsel, hereby file Defendants' Reply in Support of Motion for Leave to Exceed Duration for Deposition of Rebecca Crootof. The Reply and attached exhibits are being filed under seal pursuant to the Court's September 24, 2007 Protective Order.

                                                Respectfully submitted,
                                                HOLLAND & KNIGHT LLP
                                                __/s/ Lynn E. Calkins_____
                                                Christopher B. Hanback (Bar # 232579)
                                                Lynn E. Calkins (Bar # 445854)
                                                Rafe Petersen (Bar # 465542)
                                                Elizabeth Phelps (Bar # 502026)
                                                2099 Pennsylvania Avenue, N.W.
                                                Suite 100
                                                Washington, D.C. 20006
                                                (202) 955 3000 Phone
                                                (202) 955 5564 Fax
                                                E-mail: christopher.hanback@hklaw.com
                                                E-mail: lynn.calkins@hklaw.com
                                                E-mail:  rafe.petersen@hklaw.com
                                                E-mail: libby.phelps@hklaw.com
                                                *Counsel for Post Properties, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served via electronic filing this 27th day of May, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

          /s/ Lynn E. Calkins
          Lynn E. Calkins

# 5361776_v1