# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| THE EQUAL RIGHTS CENTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:06-CV-01991 |
| POST PROPERTIES, INC., *et al.*, | ) ) ) | Judge Richard J. Leon |
| Defendants. | ) ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff The Equal Rights Center ("ERC") moves for, and Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively, "Post") consent to, an amendment to the May 7, 2008 Scheduling Order ("Scheduling Order") in this case. The grounds for this Motion are as follows:

1.  On May 7, 2008, this Court entered a revised Scheduling Order providing the following relevant discovery and pre-trial dates:

| | |
|---|---|
| May 30, 2008 | fact discovery cut-off |
| June 16, 2008 | expert reports due |
| September 12, 2008 | expert rebuttal reports due |
| October 28, 2008 | completion of expert discovery |
| December 5, 2008 | file dispositive motions |
| January 7, 2009 | opposition to dispositive motions due |
| January 20, 2009 | reply in support of dispositive motions due |

2.  Pursuant to this Scheduling Order, the parties have substantially completed fact discovery, with the exception of the fact discovery subject to motions recently decided by

Magistrate Judge Kay (Docs. 92, 96, and 97). Magistrate Judge Kay's orders include allowing the ERC to obtain discovery from and depose third-party RTKL no later than June 20, 2008, ordering the ERC to provide additional documents to Post, and allowing Post to depose ERC employee Rebecca Crootof further.

3. In light of these rulings, ERC has requested, and Post has consented to, a mutual short extension of the deadlines beginning with initial expert reports, currently due on June 16, 2008.

4. The parties believe that a three-week extension of the deadlines should be sufficient to allow parties to simultaneously complete remaining fact discovery. Absent extenuating circumstances, the parties do not anticipate seeking any further extensions.

5. The parties therefore request that the Court amend the Scheduling Order as follows:

| | |
|---|---|
| July 8, 2008 | expert reports due |
| October 3, 2008 | expert rebuttal reports due |
| November 18, 2008 | completion of expert discovery |
| December 17, 2008 | file dispositive motions |
| January 21, 2009 | oppositions to dispositive motions, and |
| February 3, 2009 | reply memoranda in support of dispositive motions |

WHEREFORE, the parties jointly request that this Consent Motion be granted.

Date: June 6, 2008                                                    Respectfully submitted,


/s/ Douglas W. Baruch                                    /s/ Lynn E. Calkins
Douglas W. Baruch (D.C. Bar No. 414354)      Christopher B. Hanback (D.C. Bar No. 232579)
Alyssa C. Lareau (D.C. Bar No. 494881)         Rafe Petersen (D.C. Bar No. 465542)
FRIED FRANK HARRIS SHRIVER                         Lynn E. Calkins (D.C. Bar No. 445854)
  & JACOBSON LLP                                              Elizabeth Phelps (D.C. Bar No. 502026)
1001 Pennsylvania Avenue, N.W., Suite 800   HOLLAND & KNIGHT LLP
Washington, D.C. 20004                                    2099 Pennsylvania Avenue, N.W., Suite 100
Tel:   (202) 639-7000                                         Washington, D.C. 20006
Fax:  (202) 639-7003                                         Tel:   (202) 955-3000
E-mail: douglas.baruch@friedfrank.com       Fax:  (202) 955-5564
                                                                              E-mail: christopher.hanback@hklaw.com

               and
                                                                              *Attorneys for Defendants Post*
Isabelle M. Thabault (D.C. Bar No. 318931)   *Properties, Inc., Post GP Holdings,*
WASHINGTON LAWYERS' COMMITTEE                    *Inc., and Post Apartment Homes, L.P.*
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel:   (202) 319-1000
Fax:  (202) 319-1010
E-mail: Isabelle_Thabault@washlaw.org

*Attorneys for Plaintiff The Equal Rights Center*

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-01991 |
| ) | Judge Richard J. Leon |
| POST PROPERTIES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Consent Motion to Amend Scheduling Order, and good cause appearing, it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order in this case is hereby amended as follows:

| | |
|---|---|
| July 8, 2008 | expert reports due |
| October 3, 2008 | expert rebuttal reports due |
| November 18, 2008 | completion of expert discovery |
| December 17, 2008 | file dispositive motions |
| January 21, 2009 | oppositions to dispositive motions, and |
| February 3, 2009 | reply memoranda in support of dispositive motions |

Dated: June __, 2008

_____
RICHARD J. LEON
United States District Judge