IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POST PROPERTIES, INC. )<br>POST GP HOLDINGS, INC. )<br>POST APARTMENT HOMES, L.P. )<br>)<br>Defendants. )<br>) | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

### DEFENDANTS' EXPERT DISCLOSURE STATEMENT

Pursuant to Rule 26(a)(2) and this Court's Scheduling Order, Defendants Post Properties, Inc., Post GP Holdings, Inc. and Post Apartment Homes, L.P., through counsel, identify the following expert witnesses to testify at the trial of this action:

1. Alison Vredenburgh
   Vredenburgh & Associates, Inc.
   2588 El Camino Real, F-353
   Carlsbad, CA 92008

Ms. Vredenburgh is a principal with Vredenburgh & Associates and the author of a 2007 study which evaluated the accessibility and usability of apartment bathrooms, kitchens, turning space and control placement by persons with disabilities. Ms. Vredenburgh will be qualified as an expert and will testify with respect to (a) disability types and percentages of the population with those disability types, (b) mobility devices and percentages of the population utilizing those mobility devices, (c) whether the same dimension suits every person with a disability, (d) the accessibility and usability of units in the Post portfolio in relation to her study's findings and in light of Post's policy and practice to make requested modifications, and (e) whether any

challenges to accessibility repeat throughout Post's properties. An expert report regarding the analysis and opinions by Ms. Vredenburgh will be served on counsel along with this disclosure statement.

    2.    Paul Sheriff
           Paul Sherriff Incorporated
           1000 Bishop Street
           Suite 888
           Honolulu, HI 96813

Mr. Sheriff is the founder and President of Paul Sheriff Incorporated, which provides consulting services to large corporations, small companies, architects, attorneys, individual business owners, insurance companies, and the federal government on accessibility issues. Mr. Sheriff serves as a Special Master, Court Monitor and Arbitrator/Mediator to the United States District Court for District of Hawaii on issues relating to accessibility and compliance with the Fair Housing Act and Americans with Disabilities Act. Mr. Sheriff is a paraplegic and has used a wheelchair for the past 25 years. Among the services Mr. Sheriff regularly provides, Mr. Sheriff conducts roll-thru surveys by which he assesses the usability of properties and also any barriers to accessibility for persons with disabilities. Mr. Sheriff will be qualified as an expert and will testify about the roll-thru surveys he has conducted at Post's properties, the accessibility and usability of those properties, and the role adaptability places is assessing accessibility. An expert report regarding the analysis and opinions by Mr. Sheriff will be served on counsel along with this disclosure statement.

    3.    Mark Wales
           Wales Associates, LLC
           1020 Bourque Road
           Duson, LA 70529

Mr. Wales is the owner and president of Wales Associates, LLC. Mr. Wales has had over twenty five years of experience related to interpretation, enforcement, and development of building codes and standards, including the federal accessibility standards. His knowledge and experience includes a decree in architecture, building code enforcement experience, and work as a Certified Building Official, Certified Building Inspector, and Code Analyst. Mr. Wales also has served on numerous committees which wrote the various Fair Housing Act safe harbors, including (a) the American National Standards Institute Committee ("ANSI"), (b) the Residential Task Force to develop Type B dwelling unit provisions of ANSI A117.1, (c) a HUD Working Group that developed model code provisions to have International Building Code deemed a fair housing "safe harbor," (d) the NFPA Building Code subcommittee, and (e) the committee that developed the first draft of the International Building Code accessibility provisions and means of egress provisions. Mr. Wales will be qualified as an expert and will testify regarding (a) the purpose and goals for accessible construction and design under the Fair Housing Act, (b) how to determine the accessibility of a multi-family housing complex under the Fair Housing Act, and (c) whether the Post communities inspected are usable and accessible by persons with disabilities. An expert report regarding the analysis and opinions by Mr. Wales will be served on counsel along with this disclosure statement.

4. Wanda Forrest
   Huron Consulting Group
   555 13th St., N.W.
   West Tower, 4th Floor
   Washington, DC 20004

Ms. Forrest is a Managing Director with the Huron Consulting Group and has had extensive experience in performing financial damages assessments, lost profit analyses and forensic accounting. Ms. Forrest is a Certified Public Accountant and has a Master of Business

Administration with a specialty in Finance. Ms. Forrest will be qualified as an expert and will opine as to whether the Plaintiff's alleged damage claims are substantiated. An expert report regarding the analysis and opinions by Ms. Forrest will be served on counsel along with this disclosure statement.

5. Daniel Meacham
 Niles Bolton
 3060 Peachtree Road, NW
 Suite 600
 Atlanta, GA 30305

Mr. Meacham is a licensed architect, a member of the American Institute of Architects, and a Vice President with Niles Bolton & Associates, the architectural firm which designed a number of Post's properties. Mr. Meacham will testify regarding (1) the purposes of, and means to comply with, the Fair Housing Act and Americans with Disabilities Act from the perspective of a practicing architect, (2) the responsibilities of a practicing architect in designing a project, including what, if any, considerations other than accessibility need to be considered, (3) the ease and time it would take to adapt elements in a property, (4) whether the pre-filing testing performed by the Equal Rights Center provide a basis from which to conclude that violations of the Fair Housing Act or the Americans with Disabilities Act may exist, and (5) whether the floor plan analysis performed by the Equal Rights Center is a legitimate methodology to assess compliance with the Fair Housing Act or the Americans with Disabilities Act. Mr. Meacham is not a retained testifying expert and has already provided a deposition on these issues during fact discovery.

6.  James Highfill
    Navigant Consulting, Inc.
    Centennial Tower, Suite 2300
    101 Marietta Street, N.W.
    Atlanta, GA 30303

Mr. Highfill has over twenty years of experience with civil contractors and major civil construction projects and is an Associate Director with Navigant Consulting, Inc. If the fact finder concludes that the Defendants are liable for violations of the Fair Housing Act or the Americans with Disabilities Act and the Court considers retrofits as a potential remedy, Defendants will offer Mr. Highfill as a qualified expert to testify with respect the reasonableness of the proposed retrofits in light of the anticipated cost to retrofit the properties in a manner proposed by the Equal Rights Center and/or identified by the Court. At a time later ordered, Defendants will have additional disclosures regarding Mr. Highfill's testimony.

Respectfully submitted,

HOLLAND & KNIGHT LLP

  /s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail: rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the Court's ECF system and hand delivery, this 8th day of July, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

/s/ Lynn E. Calkins
Lynn E. Calkins

# 5207458_v3