IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | Case No. 1:06CV01991<br>Judge Richard J. Leon |

## MOTION FOR LEAVE TO SEAL

Pursuant to Fed. R. Civ. P. 26(c) and LCvR 5.1(j), Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post") respectfully move the Court to permit the filing under seal of Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery, and all exhibits attached thereto.

As grounds for this Motion, Post states the following:

1. This Court entered a Protective Order on September 24, 2007, which allows the parties to file under seal materials designated as "protected" and confidential by the disclosing party. (Dkt. No. 60.)

2. In Defendants' Motion In Limine, Post has referred to documents and deposition testimony that has been designated by Plaintiff ERC as "Protected Material" pursuant to the Protective Order.

3. While Post does not agree that all of the information designated as confidential should be designated as confidential, because Plaintiff's counsel has designated this material as

confidential and protected under the September 24, 2007 Protective Order, Post requests that Defendants' Motion In Limine and the attached exhibits be filed with this Court under seal.

4.      Pursuant to LCvR 7(m), Post's counsel attempted to confer with ERC's counsel in a good-faith effort to resolve this Motion by letter dated August 5, 2008 and telephone calls on August 8, 2008. Documents reflecting these attempts are attached as Exhibits L and M to Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery.

.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail:  rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via hand delivery this 8th day of August, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

    /s/ Lynn E. Calkins
Lynn E. Calkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> POST PROPERTIES, INC. ) <br> POST GP HOLDINGS, INC. ) <br> POST APARTMENT HOMES, L.P. ) <br> ) <br> Defendants. ) <br> ) | Case. No. 1:06CV01991 <br> Judge Richard J. Leon |

## ORDER

UPON CONSIDERATION OF Defendants' Consent Motion for Leave to File Under Seal, it is by the United States District Court for the District of Columbia, this ____ day of _____ 2008, hereby

ORDERED that Defendants' Consent Motion for Leave to File Under Seal is GRANTED.

_____
**JUDGE RICHARD J. LEON**

Copies provided to:

Alyssa Lareau, Esq.
Christopher B. Hanback, Esq.

# 5528078_v1