IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | Case No. 1:06CV01991<br>Judge Richard J. Leon |

### DEFENDANTS' MOTION TO EXPEDITE DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING PLAINTIFF'S UNTIMELY DAMAGES ASSESSMENT PRODUCED AFTER THE CLOSE OF FACT DISCOVERY

Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. (collectively "Post") respectfully move the Court to expedite Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery.

As grounds for this Motion, Post states the following:

1. Pursuant to the Court's scheduling orders issued on March 15, 2008 and June 13, 2008, fact discovery in this case closed on April 30, 2008, expert discovery is now ongoing and closes on November 18, 2008, and dispositive motions are due December 17, 2008.

2. Despite this schedule, on August 1, 2008, three months after the close of fact discovery, Plaintiff Equal Rights Center ("ERC") produced to Post significant new information, seeking to increase ERC's damages claim dramatically from the amounts previously disclosed.

3. Because of this untimely disclosure, which was made without substantial justification well outside of the fact discovery period and will cause undue prejudice and harm to

Post, Post has filed a Motion In Limine to exclude from any motion, hearing or trial in this matter all evidence regarding the untimely damages assessment, including all testimony, exhibits, and argument relating to the same.

4. Given the time sensitivity on the issues raised to the Motion In Limine and the impact this ruling with have on pre-trial and trial proceedings, Post respectfully requests that the treatment of this motion be expedited, including a shortening of the response deadlines to five days for any opposing memorandum and three days for any reply memorandum.

4. Pursuant to LCvR 7(m), Post's counsel attempted to confer with ERC's counsel in a good-faith effort to resolve this Motion by letter dated August 5, 2008 and telephone calls on August 8, 2008. Documents reflecting these attempts are attached as Exhibits L and M to Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail: rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via hand delivery this 8th day of August, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

                                           /s/ Lynn E. Calkins
                                           Lynn E. Calkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | Case. No. 1:06CV01991<br>Judge Richard J. Leon |

## ORDER

UPON CONSIDERATION OF Defendants' Motion to Expedite Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After The Close of Fact Discovery, it is by the United States District Court for the District of Columbia, this ____ day of _____ 2008, hereby

ORDERED that Defendants' Motion to Expedite Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After The Close of Fact Discovery, is GRANTED; and it is further

ORDERED that the treatment of this motion is to be expedited with response deadlines shortened to five days for any opposing memorandum and three days for any reply memorandum.

_____
**JUDGE RICHARD J. LEON**

Copies provided to:

Alyssa Lareau, Esq.
Christopher B. Hanback, Esq.