IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:06CV01991 |
| | ) | Judge Richard J. Leon |
| POST PROPERTIES, INC. | ) | |
| POST GP HOLDINGS, INC. | ) | |
| POST APARTMENT HOMES, L.P. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AMENDED CERTIFICATION
## OF CONFERENCE PURSUANT TO LCvR 7(m)

Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes,

L.P. (collectively "Post") respectfully submits this amended certification of conference pursuant

to LCvR 7(m).

    1.    As indicated in its pleadings filed on August 8, 2008 (Dockets Nos. 100, 101, and

102), Post's counsel attempted to confer with ERC's counsel in a good-faith effort to resolve the

disputes by letter dated August 5, 2008 and telephone calls on August 8, 2008.

    2.    Upon receiving notice of the filing of Post's pleadings, ERC's counsel responded

to Post and relayed the following via telephone call:

    a.    ERC consents to Defendants' Motion for Leave to File Under Seal

Defendants' Motion In Limine (Docket No. 100).

    b.    ERC opposes Defendants' Motion In Limine to Exclude Evidence

Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact

Discovery (Notice filed as Docket No. 101) and Defendant's Motion to Expedite

Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely

Damages Assessment Produced After the Close of Fact Discovery (Docket No. 102).

Respectfully submitted,

HOLLAND & KNIGHT LLP

_/s/ Lynn E. Calkins_
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)
Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail:  rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

_Counsel for Post Properties, Inc., et al._

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the court's electronic filing system this 8th day of August, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

                    __/s/ Lynn E. Calkins_____
                    Lynn E. Calkins

# 5532048_v1