IIIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EQUAL RIGHTS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>POST PROPERTIES, INC.<br>POST GP HOLDINGS, INC.<br>POST APARTMENT HOMES, L.P.<br><br>Defendants. | Case No. 1:06CV01991<br>Judge Richard J. Leon |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 100, 101, 102 AND 103

Defendants Post Properties, Inc., Post GP Holdings, Inc., and Post Apartment Homes, L.P. respectfully withdraw without prejudice to refile the following filings: (a) Motion for Leave to File Under Seal Defendant's Motion In Limine [Dkt. No. 100]; (b) Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery [Dkt. No. 101]; (c) Motion to Expedite Defendants' Motion In Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery [Dkt. No. 102]; and (d) Notice of Amended Certification of Conference Pursuant to LCvR7(m) [Dkt. No. 103].

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lynn E. Calkins
Christopher B. Hanback (Bar # 232579)
Lynn E. Calkins (Bar # 445854)
Rafe Petersen (Bar # 465542)

Elizabeth Phelps (Bar # 502026)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955 3000 Phone
(202) 955 5564 Fax
E-mail: christopher.hanback@hklaw.com
E-mail: lynn.calkins@hklaw.com
E-mail: rafe.petersen@hklaw.com
E-mail: libby.phelps@hklaw.com

*Counsel for Post Properties, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the court's electronic filing system this 11th day of August, 2008, on the following:

Alyssa C. Lareau, Esq.
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004

        /s/ Lynn E. Calkins
        Lynn E. Calkins

# 5533659_v2