UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:06CV01991 |
| **POST PROPERTIES, INC.,** *et al.*, | ) ) ) | Judge Richard J. Leon |
| Defendants. | ) ) | |

**CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
EVIDENCE REGARDING PLAINTIFF'S UNTIMELY DAMAGES ASSESSMENT
PRODUCED AFTER THE CLOSE OF FACT DISCOVERY UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 5.1(j), Plaintiff the Equal Rights Center ("ERC"), by its attorneys, hereby moves the Court to permit the filing under seal of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery and all Exhibits attached thereto.

In support of this motion, Plaintiff states the following:

1. The Court entered a Protective Order in this case on September 24, 2007 which allows parties to file under seal papers containing "Protected Material," as designated by the disclosing party. (Dkt. No. 60.)

2. Throughout Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery, Plaintiff refers to Protected Material and attaches such Protected Material as Exhibits

to its Opposition. Because of this, Plaintiff requests that its Opposition and all attached Exhibits be filed with this Court under seal.

    3.    Plaintiff's counsel has conferred with Defendants' counsel pursuant to Local Rule 7(m), and Defendants consent to the relief requested. Defendants' consent to this Motion does not constitute a waiver of any arguments regarding the confidentiality of these documents.

Dated: August 25, 2008                                   Respectfully submitted,

                                                     /s/ Alyssa C. Lareau
                                                Alyssa C. Lareau (DC Bar No. 494881)
                                                Douglas W. Baruch (DC Bar No. 414354)
                                                Fried, Frank, Harris, Shriver & Jacobson LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Suite 800
                                                Washington, D.C. 20004-2505
                                                Telephone No.: 202-639-7052
                                                E-mail address: Douglas.Baruch@friedfrank.com
                                                E-mail address: Alyssa.Lareau@friedfrank.com

                                                Isabelle M. Thabault
                                                Washington Lawyers' Committee
                                                for Civil Rights and Urban Affairs
                                                11 Dupont Circle
                                                Suite 400
                                                Washington, DC 20036
                                                Telephone No.: 202-319-1000
                                                E-mail address: Isabelle_Thabault@washlaw.org

                                                *Attorneys for Plaintiff*
                                                *Equal Rights Center*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 25th day of August 2008, a copy of the foregoing Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery Under Seal was served via the Court's electronic case filing system to:

      Lynn Calkins
      HOLLAND & KNIGHT LLP
      2099 Pennsylvania Ave., N.W.
      Suite 100
      Washington, D.C. 20006
      *Attorney for Defendants*

      /s/ Alyssa C. Lareau
      Alyssa C. Lareau