UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EQUAL RIGHTS CENTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**POST PROPERTIES, INC.,** *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:06CV01991<br>Judge Richard J. Leon |

## NOTICE OF WITHDRAWAL OF MOTION

Plaintiff the Equal Rights Center ("ERC"), by its attorneys, respectfully withdraws its Consent Motion for Leave to File Plaintiff's Opposition to Defendants' Motion in Limine to Exclude Evidence Regarding Plaintiff's Untimely Damages Assessment Produced After the Close of Fact Discovery Under Seal (Docket No. 108).

Dated:  August 26, 2008

Respectfully submitted,

 /s/ Alyssa C. Lareau
Alyssa C. Lareau (DC Bar No. 494881)
Douglas W. Baruch (DC Bar No. 414354)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004-2505
Telephone No.:  202-639-7052
E-mail address:  Douglas.Baruch@friedfrank.com
E-mail address:  Alyssa.Lareau@friedfrank.com

Isabelle M. Thabault
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle

Suite 400
Washington, DC 20036
Telephone No.: 202-319-1000
E-mail address: Isabelle_Thabault@washlaw.org

*Attorneys for Plaintiff*
*Equal Rights Center*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of August 2008, a copy of the foregoing Notice of Withdrawal of Motion was served via the Court's electronic case filing system to:

>Lynn Calkins
>HOLLAND & KNIGHT LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C. 20006
>*Attorney for Defendants*

                /s/ Alyssa C. Lareau
                   Alyssa C. Lareau